FILED & JUDGMENT ENTERED
Steven T. Salata

May 10 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:  )
        )  Case No.:    18-40169
SCHLETTER INC.  )
        )  Chapter 11
                        Debtor.  )

## ORDER APPOINTING CREDITORS' COMMITTEE

This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator for the appointment of a committee of unsecured creditors, and the Court acting pursuant to its authority under 11 U.S.C. §1102,

IT IS HEREBY ORDERED that the following creditors are to constitute the Official Committee of Unsecured Creditors in this Case:

Champion Tooling & Machining
Attn: Darrell Chapman
109 Tanglewood Road
Belton, SC 29627

Coilplus, Inc.
Attn: Christopher J. Urgo
6250 North River Road
Rosemont, IL 60018

Crowe Logistics LLC
Attn: John (Jack) Crowe
541 N. Fairbanks Ct., Suite 2200
Chicago, IL 60611

Joseph T. Ryerson & Son, Inc.
Attn: Kenny Wine
7701 Lindsey Road
Little Rock, AR 72206

MI Metals Inc.
Attn: Brook Massey
301 Commerce Blvd.
Oldsmar, FL 34677

PLS Logistics Services, Inc.
Attn: Ed Neiger, c/o ASK LLP
151 W. 46th St., 4th Floor
New York, NY 10036

Puliz Moving & Storage
Attn: Barry Rosenthal
1095 Standard Street
Reno, NV 89506-8663

*This Order has been signed electronically.*
*The judge's signature and court's seal*
*appear at the top of the Order.*

*United States Bankruptcy Court*