# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE:

**SCHLETTER INC.,**

       **Debtor.**

**Case No. 18-40169**

**Chapter 11**

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## SCHLETTER INC. (CASE NO. 18-40169)

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Schletter Inc. ("Debtor") is filing its respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statement of Financial Affairs (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") in the Bankruptcy Court for the Western District of North Carolina (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

Debtor's management prepared the Schedules and Statements with the assistance of its advisors and other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, Debtor relied on financial data derived from its books and records that was available at the time of preparation. Debtor's management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, Debtor does not undertake any obligation or commitment to update the Schedules and Statements.

Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of any of Debtor's rights or an admission with respect to its chapter 11 case, including any issues involving objections to claims, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of Debtor or its affiliates.**

1. **Description of the Cases.** On April 24, 2018 (the "Petition Date"), Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code. Debtor is authorized to

operate its businesses and manage its properties as Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**2.    Basis of Presentation.** The Schedules and Statements are unaudited and reflect Debtor's reasonable efforts to report certain financial information of Debtor on an unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

Given, among other things, the uncertainty surrounding the valuation of certain assets and liabilities, Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor's reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time before or after the Petition Date.

**3.    Reporting Date.** Unless otherwise noted in the specific responses, the Schedules and Statements reflect Debtor's books and records as of the close of business on April 23, 2018. The liability values are as of the Petition Date, adjusted for authorized payments made under the First Day Orders (as defined below).

**4.    Current Values.** The assets and liabilities of each Debtor are listed on the basis of the book value after depreciation of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

**5.    Confidentiality.** There may be instances where certain information is not included due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions are limited to only what is necessary to protect Debtor or a relevant third party and will provide interested parties with sufficient information to discern the nature of the listing.

**6.    Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in Debtor should evaluate this financial information in light of the purposes for which it was prepared. Debtor are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of Debtor based on this financial information or any other information.

**7.    Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to Debtor. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for Debtor to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of Petition Date are presented. When necessary, Debtor have indicated that the value of certain assets is "Unknown." Amounts ultimately realized may vary materially from net book value (or

other value so ascribed). Accordingly, Debtor reserves all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

**8.** **Unknown Amounts.** Claim amounts that could not readily be quantified by Debtor are scheduled as "unknown." The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

**9.** **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by its terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by its terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, Debtor reserves all of its rights as to the legal status of all intellectual property rights.

**10.** **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

**11.** **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

**12.** **Payment of Prepetition Claims Pursuant to First Day Orders.** The Bankruptcy Court entered orders (the "First-Day Orders") authorizing, but not directing, Debtor to, among other things, pay certain prepetition (i) insurance obligations and (ii) employee wages, salaries, and other employee-related obligations. Where the Schedules and Statements list creditors and set forth Debtor's scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of May 28, 2018. Debtor has done its best to update amounts to reflect such payments.

**13.** **Other Paid Claims.** To the extent Debtor have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in Debtor's Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent Debtor pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, Debtor reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

**14.** **Setoffs.** Any setoff of a prepetition debt to be applied against Debtor is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

**15.** **Debtor's Reservation of Rights.** Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to the chapter 11 case, including, but not limited to, the following:

a.      Any failure to designate a claim listed on Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtor that such amount is not "disputed," "contingent," or "unliquidated." Debtor reserves the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.      The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured priority," or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by Debtor of the legal rights of the claimant, or a waiver of Debtor's rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of Debtor's assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, Debtor reserves all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

c.      In the ordinary course of its business, Debtor may lease equipment from certain third-party lessors for use in the daily operation of its businesses. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and Debtor reserves all rights with respect to any of such issues, including the recharacterization thereof.

d.      The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to Debtor. Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

e.      Although Debtor have exercised its reasonable efforts to ensure the accuracy of its Schedules and Statements, they nevertheless may contain errors and omissions. Debtor hereby reserves all of its rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on Debtor's Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

f.      Debtor further reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

g.      Listing a contract or lease on Debtor's Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an

CHAR2\2025923v1

unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. Debtor hereby expressly reserves the right to assert that any contract listed on Debtor's Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

16.    **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

6

**Fill in this information to identify the case:**

Debtor name    **Schletter Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **18-40169**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2018**     X /s/ **Carol Black**
                                         Signature of individual signing on behalf of debtor

                                      **Carol Black**
                                      Printed name

                                      **Chief Financial Officer**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Schletter Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-40169**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $      0.00

   **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................    $      21,162,544.48

   **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................    $      21,162,544.48

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      5,545,413.01

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      1,210,953.90

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      16,639,906.93

4.   **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b          $      23,396,273.84

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Schletter Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **18-40169**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking Account** | | **$504,513.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$504,513.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Real property lease security deposit with NTBC Trust Partners LLC** | **$3,393.85** |
|---|---|---|
| 7.2. | **Real property lease security deposit with The Rosalind and Arthur Gilbert Foundation** | **$424,999.98** |
| 7.3. | **Deposit for 2018 SPI Booth Space with Derse** | **$27,000.00** |

| Debtor | **Schletter Inc.** | Case number *(If known)* **18-40169** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 7.4. | **Missouri Department of Revenue  Sales Tax License Bond** | | $1,080.45 |
| 7.5. | **Real Property lease security deposit with Forbes Warehouse** | | $659.30 |
| 7.6. | **Deposit for Loeb Lease.** | | $140,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$597,133.58

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 2,973,083.76 | - | 500,000.00 | = .... | $2,473,083.76 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 2,700,246.27 | - | 600,000.00 | =.... | $2,100,246.27 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$4,573,330.03

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number *(if known)* **18-40169** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | **Raw material. Books and records** | **12/31/2017** | **$3,759,949.18** | **$3,759,949.00** |
| 21. | **Finished goods, including goods held for resale Work in process. FIFO Books and records** | **12/31/2017** | **$469,859.34** | **$469,859.34** |
| | **Finished Goods. FIFO Books and records** | **12/31/2017** | **$2,370,354.72** | **$2,370,354.72** |
| 22. | **Other inventory or supplies Office and production supplies at both locations. Book value after depreciation as of March 31, 2018** | | **$481.70** | **$481.70** |
| | **Trading Goods** | | **$765,192.36** | **$765,192.36** |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$7,365,837.12** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |

Debtor    **Schletter Inc.**                                      Case number *(If known)* **18-40169**
          Name

| | | | |
|---|---|---|---|
| Office furniture located at both locations.  Net book value noted.  Acquisition value is $1,016,430.22 | $277,847.63 | | $277,847.63 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Computers located at Shelby and Tuscon location.  Book value after depretiation**    $32,463.39    N/A    $32,463.39

       **Computers with employees in Conneticut, Tennesee and California.  Net book value after depretiation.**    $81.02    $81.02

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    $310,392.04
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.    **2012 Volkswagon Jetta Sport, 3VWPP7AJ6DM620183.  Located at Shelby office**    $0.00    Unknown

47.2.    **2013 Jetta Sportwagen. 3VWPP7AJ0DM76832.  Located at Shelby office. Book value after depretiation as of 3/31/18**    $355.50    Unknown

47.3.    **2013 Jetta Sportwagen. 3VWPP7AJ5DM676583.  Located at Shelby office.  Book value after depretiation as of 3/31/18**    $335.50    Unknown

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Schletter Inc.**    Case number *(If known)*  **18-40169**
          Name

| | | | |
|---|---|---|---|
| 47.4. | **2014 Volkswagen CC Sedan. WVVBP7AN8EE535143.  Located at Shelby office.  Book value after depretiation as of 3/31/18.** | $6,962.77 | Unknown |
| 47.5. | **2015 Dodge Ram 3500 4WD. 3C63R3CL6FG518538.  Located at Shelby office. Book value after depretiation as of 3/31/18** | $18,379.63 | Unknown |
| 47.6. | **Flatbed Trailer, 9990#gvw, 15'T, 2. G1028386  Located at Shelby office. Book value after depretiation as of 3/31/18** | $1,572.61 | Unknown |
| 47.7. | **2015 Freightliner (VIN -5838). VIN-5838. Located at Shelby office. Book value after depretiation as of 3/31/18** | $25,757.21 | Unknown |
| 47.8. | **2015 Freightliner (VIN -5837). VIN-5837. Located at Shelby office. Book value after depretiation as of 3/31/18** | $25,757.21 | Unknown |
| 47.9. | **Roland Curtains (VIN -6118). VIN-6118. Located at Shelby office. Book value after depretiation as of 3/31/18** | $10,321.72 | Unknown |
| 47.10. | **2016 Volkswagen Passat. 1VWBS7A31GC056782. Located at Shelby office. Book value after depretiation as of 3/31/18** | $18,027.00 | Unknown |
| 47.11. | **2017 Ram 2500. 3C6UR5CLXHG569253. Located at Shelby office. Book value after depretiation as of 3/31/18** | $31,112.62 | Unknown |
| 47.12. | **2011 Jetta Sport Volkswagon. 3VWPZ7AJ7BM622967. Located at Tuscon office. Book value after depretiation as of 3/31/18** | $0.00 | Unknown |
| 47.13. | **2013 Volkswagen Jetta Sportwagen 3VWPP7AJ6DM696132.  Located at Tuscon office. Book value after depretiation as of 3/31/18** | $1,197.59 | Unknown |
| 47.14. | **Volkswagon Jetta Sport 2010. 3VWKX7AJ0AM623716.  Located with employee in California.  Net book value as of 3/31/18** | $0.00 | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Schletter Inc.** | Case number *(If known)* **18-40169** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.15 · | **2012 Jetta Volkswagon. 3VWPX7AJ9CM618944. Located with employee in Tennessee. Net book value as of 3/31/18** | **$0.00** | | **Unknown** |
| 47.16 · | **2012 Volkswagon Jetta Sport. 3VWPP7AJXDM610434. Located with employee in Connecticut. Net book value as of 3/31/18** | **$0.00** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Various machinery located at Shelby location. Net book value after depreciation as of March 31, 2018.** | **$5,893,519.66** | | **$5,893,519.66** |
| | **Forklifts, other misc. equipment** | **$18,335.24** | | **$18,335.24** |
| | **Warehouse equipment located at Shelby and Tuscon locations. Net book value after depreciation** | **$151,780.30** | | **$151,780.30** |
| | **Tooling equipment** | **$1,179,979.06** | | **$1,179,979.06** |

51. **Total of Part 8.** | **$7,243,614.26** |

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

Debtor **Schletter Inc.**

Name                                                    Case number *(If known)* **18-40169**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Website - www.schletter.inc** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Various software programs purchased for business.** | **$174,420.33** | | **$174,420.33** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$174,420.33** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** Description (include name of obligor) | | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| **Arizona tax refunds from 2010** | Tax year **2010** | **$67,463.61** |
| **Arizona tax refunds from 2011** | Tax year **2011** | **$99,674.51** |
| **Arizona tax refunds from 2012** | Tax year **2012** | **$113,435.21** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number *(if known)* **18-40169** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| | **North Carolina tax refunds from 2012** | Tax year **2012** | **$70,976.00** |

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
      **Overland retainage for two portfolios of projects if such projects are completed**
      **December 2018 - $647,177.48**
      **December 2018 - $690,484.42**
      **Unknown**

      **Nature of claim**
      **Amount requested**       **$0.00**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Credit owed by PEX Card - 1375 Broadway, 10th Floor. New York, NY 10018.**       **$36,785.93**

      **Credit owed by NGI - Nasello Geheim, Inc. 1550 Ranger Hwy #2, Weatherford TX 76086-9212**       **$4,544.07**

      **Credit owed by EFS LLC, 1104 Country Hills Drive, OGDEN UT 84403**       **$424.79**

78.     **Total of Part 11.**       **$393,304.12**
      Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number *(If known)* **18-40169** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $504,513.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $597,133.58 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,573,330.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,365,837.12 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $310,392.04 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,243,614.26 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $174,420.33 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $393,304.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,162,544.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,162,544.48 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Schletter Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **18-40169**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Capital Equipment Solutions**<br>Creditor's Name<br><br>**4131 South State Street**<br>**Chicago, IL 60609**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Certain equipment as set forth in the Equipment Lease**<br><br>Describe the lien<br>**Equipment Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $53,600.00 | Unknown |

Creditor's email address, if known

**Date debt was incurred**
**1/22/2016**
**Last 4 digits of account number**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Gilbert North Carolina LLC**<br>Creditor's Name<br><br>**2730 Wilshire Blvd. #301**<br>**Santa Monica, CA 90403-4749**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property lease security deposit with The Rosalind and Arthur Gilbert Foundation**<br><br>Describe the lien<br>**Deposit**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $250,294.16 | $424,999.98 |

Creditor's email address, if known

**Date debt was incurred**
**9/11/2015**
**Last 4 digits of account number**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 3

| Debtor | Schletter Inc. | Case number (if know) | 18-40169 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Hynes Industries, Inc.**
Creditor's Name

**3805 Hendricks Road**
**Youngstown, OH 44515**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/29/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $4,367,000.00          Unknown
**Blanket Lien**

Describe the lien
**Settlement Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4** **Midcap Funding X Trust**
Creditor's Name

**7255 Woodmont Ave**
**Suite 200**
**Bethesda, MD 20814**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    $871,125.00          Unknown
**All assets**

Describe the lien
**Blanket Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **NTBC Trust Partners LLC**
Creditor's Name

**2410 West Ruthrauff Rd**
**Suite 110**
**Tucson, AZ 85705**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien                    $3,393.85          $3,393.85
**Real property lease security deposit with**
**NTBC Trust Partners LLC**

Describe the lien
**Deposit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if know) | **18-40169** |
|--------|--------------------|-----------------------|--------------|
|        | Name               |                       |              |

**Date debt was incurred**

**11/28/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$5,545,413.01** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|
|                   |                                                           |                                                |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Schletter Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **18-40169**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Aitken, Susan**<br>**See Debtor for Address**<br>**Gaffney, SC 29342** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,586.49 | $2,586.49 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Babers, Wesley**<br>**See Debtor for Address**<br>**Gastonia, NC 28052** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,651.52 | $6,651.52 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    45780                    Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,427.98 | $2,427.98 |
|---|---|---|---|---|
| | **Barbee, Andrew**<br>**See Debtor for Address**<br>**Shelby, NC 28150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,497.44 | $3,497.44 |
|---|---|---|---|---|
| | **Battraw, Keegan**<br>**See Debtor for Address**<br>**Tucson, AZ 85743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $109,675.03 | $5,926.92 |
|---|---|---|---|---|
| | **Black, Carol**<br>**See Debtor for Address**<br>**Adairsville, GA 30103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,494.10 | $1,494.10 |
|---|---|---|---|---|
| | **Bodnark, Todd**<br>**See Debtor for Address**<br>**Shelby, NC 28152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,472.67 | $2,472.67 |
|---|---|---|---|---|

**Bosma, James**
**See Debtor for Address**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.00 | $927.00 |
|---|---|---|---|---|

**Boyce, Marcus**
**See Debtor for Address**
**Kings Mountain, NC 28086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,287.33 | $5,287.33 |
|---|---|---|---|---|

**Breault, Nilva**
**See Debtor for Address**
**Tucson, AZ 85750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.99 | $370.99 |
|---|---|---|---|---|

**Brooks, Tavaris**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,348.04** | **$3,348.04** |
|---|---|---|---|---|

**Brooks, William**
**See Debtor for Address**
Kings Mountain, NC 28086

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,159.47** | **$1,159.47** |
|---|---|---|---|---|

**Bryant, Christopher**
**See Debtor for Address**
Shelby, NC 28150

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,903.81** | **$8,650.00** |
|---|---|---|---|---|

**Buchanan, Stephen**
**See Debtor for Address**
Shelby, NC 28152

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.93** | **$961.93** |
|---|---|---|---|---|

**Bugg, Alexander**
**See Debtor for Address**
Denver, NC 28037

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | | Case number (if known) | **18-40169** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,007.99 | $1,934.80 |
|---|---|---|---|---|

**Bugg, Edward**
**See Debtor for Address**
**Denver, NC 28037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.54 | $666.54 |
|---|---|---|---|---|

**Bumgardner, James**
**See Debtor for Address**
**Kings Mountain, NC 28086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,397.00 | $1,397.00 |
|---|---|---|---|---|

**Burns, Jeff**
**See Debtor for Address**
**Bear Lake, MI 49614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.19 | $257.19 |
|---|---|---|---|---|

**Burris, Connie**
**See Debtor for Address**
**Dallas, NC 28034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,995.75** | **$3,672.66** |
|---|---|---|---|---|

**Butler, Virginia**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,797.35** | **$2,797.35** |
|---|---|---|---|---|

**Chavez, Kristi Lynn**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**City of Shelby**
**PO Box 207**
**Shelby, NC 28151**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Taxes**

Last 4 digits of account number **4981**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cleveland County**
**PO Box 370**
**Shelby, NC 28151**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Taxes**

Last 4 digits of account number **5465**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

**2.23**

Priority creditor's name and mailing address

**Cochran, Jessica**
**See Debtor for Address**
**Earl, NC 28038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,882.42 　 $1,882.42

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address

**Coleman, Aaron**
**See Debtor for Address**
**Tucson, AZ 85735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,715.92 　 $4,715.92

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

**Collins, Margaret**
**See Debtor for Address**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,943.09 　 $8,943.09

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address

**Davenport, Victoria**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,336.79 　 $1,336.79

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.67 | $822.67 |
|---|---|---|---|---|

**Davenport, Wanda**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,440.94 | $2,440.94 |
|---|---|---|---|---|

**Duenas, Agathe**
**See Debtor for Address**
**Carmichael, CA 95608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,215.77 | $1,188.25 |
|---|---|---|---|---|

**Dugan, Kevin**
**See Debtor for Address**
**Cherryville, NC 28021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.54 | $1,643.54 |
|---|---|---|---|---|

**Duncan, James**
**See Debtor for Address**
**Zirconia, NC 28790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Schletter Inc.**
_____
Name

Case number (if known) **18-40169**

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,509.76 | $11,509.76 |

**Earwood, Stacie**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,022.10 | $1,022.10 |

**Elliott, Kevin**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,462.87 | $3,462.87 |

**Elliott, Richard**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,410.50 | $2,410.50 |

**Enriquez Jr, Luis**
**See Debtor for Address**
**Tucson, AZ 85756**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,017.74 | $7,017.74 |
|---|---|---|---|---|

| | **Figueroa, Fernando**<br>**See Debtor for Address**<br>**Tucson, AZ 85741** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $968.93 | $968.93 |
|---|---|---|---|---|

**Fortune, Darrell**
**See Debtor for Address**
**Morganton, NC 28655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,911.77 | $5,812.34 |
|---|---|---|---|---|

**Fritz, Wolfgang**
**See Debtor for Address**
**Tucson, AZ 85716**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,239.41 | $1,239.41 |
|---|---|---|---|---|

**Gaddis Jr., Edd**
**See Debtor for Address**
**Grover, NC 28073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.78 | $924.78 |
|---|---|---|---|---|

**Garner, Carlene**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.82 | $366.82 |
|---|---|---|---|---|

**Garrett, John**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.33 | $270.33 |
|---|---|---|---|---|

**George, Rodney**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.80 | $2,295.80 |
|---|---|---|---|---|

**Gragg, Allison**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,719.47 | $2,719.47 |
|---|---|---|---|---|

**Greer, Thomas**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,433.31 | $3,433.31 |
|---|---|---|---|---|

**Griffis, Dillon**
**See Debtor for Address**
**Kings Mountain, NC 28086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,169.36 | $1,169.36 |
|---|---|---|---|---|

**Gullatte, Preston**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,222.45 | $8,222.45 |
|---|---|---|---|---|

**Guntis, Joseph**
**See Debtor for Address**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.46 | $632.46 |
|---|---|---|---|---|

| 2.47 | Priority creditor's name and mailing address<br>**Hardin, Brent**<br>**See Debtor for Address**<br>**Shelby, NC 28150** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $632.46 | $632.46 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address<br>**Hawkins, Tina**<br>**See Debtor for Address**<br>**Spindale, NC 28160** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,847.00 | $11,847.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address<br>**Herndon, Charles**<br>**See Debtor for Address**<br>**Kings Mountain, NC 28086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,069.16 | $2,069.16 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address<br>**Hien, Laura**<br>**See Debtor for Address**<br>**Gastonia, NC 28054** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,748.03 | $5,748.03 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,982.37 | $2,982.37 |
|---|---|---|---|---|

**Hooper, Alan**
**See Debtor for Address**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,305.07 | $3,305.07 |
|---|---|---|---|---|

**Hull, Timothy**
**See Debtor for Address**
**Casar, NC 28020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,196.88 | $1,196.88 |
|---|---|---|---|---|

**Hullender, Vanessa**
**See Debtor for Address**
**Kings Mountain, NC 28086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.76 | $470.76 |
|---|---|---|---|---|

**Hunter, Christopher**
**See Debtor for Address**
**Cherryville, NC 28021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
| --- | --- | --- | --- |
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

| 2.55 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Taxes** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.56 | Priority creditor's name and mailing address<br>**Jacobs, Eric**<br>**See Debtor for Address**<br>**Tucson, AZ 85705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,286.73** | **$7,286.73** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address<br>**Jeffries, Tavares**<br>**See Debtor for Address**<br>**Shelby, NC 28152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$323.83** | **$323.83** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address<br>**Johnson, Kendra**<br>**See Debtor for Address**<br>**Lawndale, NC 28090** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,526.60** | **$1,526.60** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,623.40 | $6,480.76 |
|---|---|---|---|---|

**Kelly, Ryan**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,325.12 | $5,325.12 |
|---|---|---|---|---|

**Kleinitzke, Folko**
**See Debtor for Address**
**Shelby, NC 28152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $734.12 | $734.12 |
|---|---|---|---|---|

**Kohl, Tylor**
**See Debtor for Address**
**Casar, NC 28020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,106.30 | $2,106.30 |
|---|---|---|---|---|

**Leach, Latosha**
**See Debtor for Address**
**Shelby, NC 28150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**2.63** Priority creditor's name and mailing address

**Ledbetter, Darren**
**See Debtor for Address**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,904.09**    **$2,904.09**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** Priority creditor's name and mailing address

**Long, Merchant**
**See Debtor for Address**
**Mooresboro, NC 28114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$318.61**    **$318.61**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** Priority creditor's name and mailing address

**Lutz, Craig**
**See Debtor for Address**
**Kings Mountain, NC 28086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,795.34**    **$8,274.41**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** Priority creditor's name and mailing address

**Lynch, Alan**
**See Debtor for Address**
**Ellenboro, NC 28040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$887.56**    **$887.56**

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$261.58** | **$261.58** |
| --- | --- | --- | --- | --- |

**McClain, Bobby**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$252.33** | **$252.33** |
| --- | --- | --- | --- | --- |

**McGowans, Barry**
**See Debtor for Address**
**Mooresboro, NC 28114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$459.08** | **$459.08** |
| --- | --- | --- | --- | --- |

**McGuire, Michael**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,462.17** | **$1,462.17** |
| --- | --- | --- | --- | --- |

**McNeilly, William**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.89 | $275.89 |
|---|---|---|---|---|

**McWhirter, Mark**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,534.82 | $1,534.82 |
|---|---|---|---|---|

**Miller, Coco**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,985.04 | $8,985.04 |
|---|---|---|---|---|

**Millson, Reid**
**See Debtor for Address**
**Lawndale, NC 28090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,064.27 | $2,064.27 |
|---|---|---|---|---|

**Mitchell, Jackie**
**See Debtor for Address**
**Shelby, NC 28150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Schletter Inc. | Case number (if known) | 18-40169 |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,344.66 | $2,344.66 |
|---|---|---|---|---|
| | **Morrison, Sandra**<br>**See Debtor for Address**<br>**Shelby, NC 28152** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,935.68 | $2,935.68 |
|---|---|---|---|---|
| | **Nanke, Brianna**<br>**See Debtor for Address**<br>**Kings Mountain, NC 28086** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.27 | $357.27 |
|---|---|---|---|---|
| | **Navey, Derek**<br>**See Debtor for Address**<br>**Shelby, NC 28152** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **NC Department of Revenue**<br>**PO Box 871**<br>**Raleigh, NC 27602** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Taxes** | | |
| | Last 4 digits of account number **6091**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,449.04 | $4,449.04 |
|---|---|---|---|---|

**Othon, Carlos**
**See Debtor for Address**
**Tucson, AZ 85719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,752.04 | $2,752.04 |
|---|---|---|---|---|

**Padgett, Brittany**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,596.66 | $1,596.66 |
|---|---|---|---|---|

**Patterson, Timothy**
**See Debtor for Address**
**Gaffney, SC 29342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.28 | $324.28 |
|---|---|---|---|---|

**Paunovich, Christian**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $853.53    $853.53 |
| | **Perkins, Sharika** | Check all that apply. | |
| | **See Debtor for Address** | ☐ Contingent | |
| | **Shelby, NC 28152** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.36    $1,799.36 |
| | **Perrin, Joni** | Check all that apply. | |
| | **See Debtor for Address** | ☐ Contingent | |
| | **Tucson, AZ 85738** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,296.55    $3,296.55 |
| | **Pettis, Alford** | Check all that apply. | |
| | **See Debtor for Address** | ☐ Contingent | |
| | **Kings Mountain, NC 28086** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,165.43    $7,165.43 |
| | **Porter, David** | Check all that apply. | |
| | **See Debtor for Address** | ☐ Contingent | |
| | **Vale, NC 28168** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Employee Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,908.52 | $9,908.52 |
|---|---|---|---|---|

**Prokop, Louis**
**See Debtor for Address**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,808.40 | $3,808.40 |
|---|---|---|---|---|

**Putnam, Don**
**See Debtor for Address**
**Grover, NC 28073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,898.03 | $7,359.56 |
|---|---|---|---|---|

**Rodriguez, Daniel**
**See Debtor for Address**
**Green Valley, AZ 85614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,609.81 | $2,609.81 |
|---|---|---|---|---|

**Russell, Justin**
**See Debtor for Address**
**Gastonia, NC 28054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |

Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,645.63 | $9,645.63 |

**Ruzic, Walter**
**See Debtor for Address**
**Chattanooga, TN 37408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,136.25 | $5,136.25 |

**Savaia, Christian**
**See Debtor for Address**
**Tryon, NC 28782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575,267.75 | $0.00 |

**Schmit, Russell**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.50 | $335.50 |

**Silva, Michael**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Schletter Inc. | | Case number (if known) | 18-40169 |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $149.38 | $149.38 |
|---|---|---|---|---|

**Smith, Angel**
**See Debtor for Address**
**Shelby, NC 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $15,548.51 | $9,068.82 |
|---|---|---|---|---|

**Smith, Justin**
**See Debtor for Address**
**Rio Rico, AZ 85648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,948.76 | $487.22 |
|---|---|---|---|---|

**Snodgrass, Alison**
**See Debtor for Address**
**Kings Mountain, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,182.59 | $5,182.59 |
|---|---|---|---|---|

**Soto, Saul**
**See Debtor for Address**
**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,917.71 | $2,917.71 |
|---|---|---|---|---|

**Spencer, Ricky**
**See Debtor for Address**
**Kings Mountain, NC 28086**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.51 | $650.51 |
|---|---|---|---|---|

**Stanley, Kevin**
**See Debtor for Address**
**Shelby, NC 28150**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $828.34 | $828.34 |
|---|---|---|---|---|

**Stevens, Charles**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.01 | $534.01 |
|---|---|---|---|---|

**Strong, Frances**
**See Debtor for Address**
**Kings Mountain, NC 28086**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,782.10** | **$2,622.10** |
|---|---|---|---|---|

**Summitt, Elizabeth**
**See Debtor for Address**
Kings Mountain, NC 28086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,599.40** | **$1,599.40** |
|---|---|---|---|---|

**Taylor, Joseph**
**See Debtor for Address**
Cherryville, NC 28021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$342.12** | **$342.12** |
|---|---|---|---|---|

**Taylor, Ralph**
**See Debtor for Address**
Lawndale, NC 28090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,258.67** | **$7,258.67** |
|---|---|---|---|---|

**Thach, Kateka**
**See Debtor for Address**
Hendersonville, NC 28791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,608.48 | $8,926.91 |
|---|---|---|---|---|
| | **Varney, George** | Check all that apply. | | |
| | **See Debtor for Address** | ☐ Contingent | | |
| | **Windsor, CT 06095** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,096.53 | $1,764.14 |
|---|---|---|---|---|
| | **Vasquez, Hugo** | Check all that apply. | | |
| | **See Debtor for Address** | ☐ Contingent | | |
| | **Tucson, AZ 85713** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.19 | $257.19 |
|---|---|---|---|---|
| | **Watkins, Anthony** | Check all that apply. | | |
| | **See Debtor for Address** | ☐ Contingent | | |
| | **Mooresboro, NC 28114** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,199.98 | $2,199.98 |
|---|---|---|---|---|
| | **Westmoreland, Joseph** | Check all that apply. | | |
| | **See Debtor for Address** | ☐ Contingent | | |
| | **Blacksburg, SC 29702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **18-40169** |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,863.66 | $12,850.00 |
|---|---|---|---|---|

**Whisnant, Tony**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,939.36 | $10,154.35 |
|---|---|---|---|---|

**Wiebelhaus, Janice**
**See Debtor for Address**
**Kings Mountain, NC 28086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.17 | $806.17 |
|---|---|---|---|---|

**Willard, Jeffrey**
**See Debtor for Address**
**Casar, NC 28020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,694.84 | $2,694.84 |
|---|---|---|---|---|

**Willard, Miranda**
**See Debtor for Address**
**Casar, NC 28020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,838.12 | $6,838.12 |
|---|---|---|---|---|

**Williams, Dwaine**
**See Debtor for Address**
**Unit 1815**
**Charlotte, NC 28202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.62 | $456.62 |
|---|---|---|---|---|

**Willis, Jermaine**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.67 | $672.67 |
|---|---|---|---|---|

**Wilson, Lauren**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.02 | $1,083.02 |
|---|---|---|---|---|

**Wray, Jody**
**See Debtor for Address**
**Shelby, NC 28152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Employee Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,050.00**

**AA Freight Brokers LLC**
**11551 W Tableau Place**
**Tucson, AZ 85743-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **4611**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.50**

**Accura Systems of Tucson, Inc**
**6365 E Grant Road**
**Tucson, AZ 85715-3816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **4525**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,379.80**

**ADP Screening and Selection**
**400 W Covina Blvd**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7127**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,044.57**

**AFP Industries**
**7900 Whitepine Rd**
**Richmond, VA 23237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **5573**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,360.26**

**Airgas, Inc.**
**2015 Vaughn rd**
**suite 400**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7039**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.26**

**AlarmSouth**
**311 Security Drive**
**STATESVILLE, NC 28687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **6851**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**All Metals Transportation**
**115 Coastline Road**
**Spartanburg, SC 29301-5013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7537**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,499.82 |

**Allegiance Staffing**
**5200 77 Center Drive, Suite 150**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,193.64 |

**Allied Electronics, Inc.**
**7151 Jack Newell Blvd. S.**
**Fort Worth, TX 76118-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  4874

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,185.55 |

**Allied Universal Security Services**
**161 Washington Street, #600**
**Conshohocken, PA 19428-2083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  5037

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.33 |

**Amcol Corporation**
**21435 Dequindre**
**Hazel Park, MI 48030-2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  7310

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868,837.22 |

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  7715

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,289.81 |

**American Express - Travel Cards**
**200 Vessey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  7735

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.89 |

**American Hose & Rubber Co., Inc**
**3645 E 44th Street**
**Tucson, AZ 85713-6814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Accounts payable outstanding

Last 4 digits of account number  4657

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145.44**

**Applied Industrial Technologies -**
**22510 Network Place**
**Chicago, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6861**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.50**

**Argon Tool Inc.**
**32309 Milton Ave**
**Madison Heights, MI 48071-5601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5931**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,126.14**

**Arthur J. Gallagher & Co.**
**Two Pierce Place**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7751**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,757.23**

**AT&T**
**PO Box 5019**
**CAROL STREAM, il 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5317**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,998.00**

**At&t Mobility**
**PO Box 5019**
**CAROL STREAM, il 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4595**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,835.00**

**ATS Specialized, Inc.**
**725 Opportunity Dr.**
**St. Cloud, MN 56301**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/12/2018**

Last 4 digits of account number  **7641**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,749.52**

**AudIT3, LLC**
**5 Terrapin Trail**
**Taylors, SC 29687-6436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6960**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.95** |
|---|---|---|
| **Automation Technology, Inc.**<br>2770 Zion Church Rd<br>CONCORD, NC 28025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **6284** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$202,800.00** |
|---|---|---|
| **AVA Logistics**<br>3495 Lakeside Drive, Suite 254<br>Reno, NV 89509-4841 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **5738** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,875.00** |
|---|---|---|
| **Aztera, LLC**<br>1102 North Anita Avenue<br>Tucson, AZ 85705-7518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **7357** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,228.68** |
|---|---|---|
| **BAP Power Corporation**<br>3176 Lionshead Ave<br>Carlsbad   92010-4708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Prepayments** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.80** |
|---|---|---|
| **Biggers Industrial LLC**<br>1220 College Ave<br>Shelby, NC 28152-9512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **6109** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,048.77** |
|---|---|---|
| **Bivins Diesel Services, Inc.**<br>1613 North Post Road<br>Shelby, NC 28150-8315 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **6453** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|
| **Box, Inc.**<br>900 Jefferson Avenue<br>Redwood City, CA 94063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **7758** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,040.00 |
|---|---|---|
| **Branam Fastening Systems, Inc.**<br>**7864 Root Road**<br>**North Ridgeville, OH 44039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **7626** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Brian Hopper**<br>**506 Durham St.**<br>**Shelby, NC 28152** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **1/3/2017** | Basis for the claim: _____ | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|
| **Broad River Lawn Care**<br>**105 Silverina Court**<br>**Shelby, NC 28152-0537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | Basis for the claim:  **Accounts payable outstanding** | |
| Last 4 digits of account number  **5407** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Bryan Curry**<br>**530 Kilgore Rd.**<br>**Kings Mountain, NC 28086** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **1/3/2017** | Basis for the claim: _____ | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,053.81 |
|---|---|---|
| **Buchanan, Stephen**<br>**1621 McFarland Drive**<br>**Shelby, NC 28152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | Basis for the claim:  **Employee Wages** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,157.99 |
|---|---|---|
| **Bugg, Edward**<br>**7365 Bay Cove Ct**<br>**Denver, NC 28037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | Basis for the claim:  **Employee Wages** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,743.84 |
|---|---|---|
| **Camro N.V.**<br>**Mon POS 1-F**<br>**Santa Cruz   11338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | Basis for the claim:  **Prepayments** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,344.90** |
|---|---|---|---|

**Camso USA Inc.**
**306 Forsyth Hall Drive**
**Charlotte, NC 28273-5817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **7541**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,833.28** |
|---|---|---|---|

**Canteen Refreshment Services**
**2400 Yorkmont Road**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **6391**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,186.47** |
|---|---|---|---|

**Carolina Office Systems**
**13245 Reese Blvd W #130**
**Huntersville, NC 28078-6349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **6083**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Carolinas HealthCare System**
**201 E. Grover Street**
**SHELBY, NC 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **7428**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.29** |
|---|---|---|---|

**Catawba Valley Scale Company**
**2510 Cherry Ln**
**DENVER, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **5630**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,555.19** |
|---|---|---|---|

**CDW LLC**
**200 N Milwaukee Ave**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **6770**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.53** |
|---|---|---|---|

**CenturyLink**
**100 Centurylink Dr**
**Monroe, LA 71203-2041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **4696**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **18-40169** |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$683.20** |
|---|---|---|---|

**CF Reece & Son Supply Co., Inc.**
**831 N. Main Street**
**Rutherfordton, NC 28139-2515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6080**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$331,252.34** |
|---|---|---|---|

**Champion Tooling & Machining**
**3035 Whitehall Rd**
**ANDERSON, SC 29621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7411**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,104.05** |
|---|---|---|---|

**Charles M. Schayer & Company**
**802 S 56th Avenue #8**
**Phoenix, AZ 85043-4615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4530**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255.70** |
|---|---|---|---|

**Charlotte Saw & Knife Co. Inc.**
**420 West Palmer Street**
**Charlotte, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7761**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,456.60** |
|---|---|---|---|

**Chatham Steel Corporation**
**501 W. Boundary Street**
**Savannah, GA 31401-3105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5865**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,551.48** |
|---|---|---|---|

**CIGNA HEALTH AND LIFE INSURANCE CO.**
**900 COTTAGE GROVE ROAD**
**HARTFORD, CT 06152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7639**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.52** |
|---|---|---|---|

**Cimtec Automation**
**3030 Whitehall Park Drive**
**Charlotte, NC 28273-3334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6824**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
| --- | --- | --- | --- |
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,473.00** |

**Circle Logistics Inc.**
**4808 Kroemer Rd**
**FORT WAYNE, IN 46898-8067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.97** |

**City Electric Supply Co.**
**3001 S. Elm-Eugene St.**
**Greensboro, NC 27406-4448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **5241**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,399.92** |

**City of Shelby**
**824 West Grover St**
**Shelby, NC 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **4981**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$379.21** |

**City of Tucson**
**301 W Alameda Street**
**TUCSON, AZ 85701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **4524**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,562.59** |

**Clarion Metals Corporation**
**11194 Alcovy Rd.**
**Covington, GA 30014**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/7/2018**

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **6657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,000.00** |

**Clark Rubber & Plastic Company**
**8888 East Ave.**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7660**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$901.29** |

**Cleveland Country Club, Inc.**
**1360 East Marion Street**
**Shelby, NC 28150-4833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounts payable outstanding**

Last 4 digits of account number  **7340**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00** |
|---|---|---|---|

**Cleveland County Chamber**
200 S Lafayette St.
SHELBY, NC 28150

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5765**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cleveland County North Carolina**
311 East Marion Street
Shelby, NC 28150

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Warehouse storage lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,128.28** |
|---|---|---|---|

**Cleveland Punch & Die**
666 Pratt Street
Ravenna, OH 44266-3161

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4541**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,467.00** |
|---|---|---|---|

**CNA Insurance**
530 Maryville Centre Dr
SAINT LOUIS, MO 63141

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7368**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,661,353.40** |
|---|---|---|---|

**Coilplus - North Carolina, Inc.**
426 S. Chimney Rock Road
Greensboro, NC 27409-9260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5645**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,551.42** |
|---|---|---|---|

**Comfort Inn**
2012 East Marion
Shelby, NC 28152-6221

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4961**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,630.00** |
|---|---|---|---|

**Computerized Structural Design S.C.**
8989 N. Port Washington Road
Milwaukee, WI 53217-1671

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7544**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number *(if known)* | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,610.00** |
|---|---|---|---|

**Conforma Tech Inc.**
**1425 E Apache Park Place**
**Tucson, AZ 85714-1779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **4736**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,246.00** |
|---|---|---|---|

**Copper State Bolt & Nut**
**3162 N. Freeway Industrial Loop Dr.**
**Tucson, AZ 85705-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **4554**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,822.56** |
|---|---|---|---|

**Core ID Services, LLC**
**2425 Commerce Ave NW, Suite 300**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **7078**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,006.03** |
|---|---|---|---|

**Corporation Service Company CSC**
**801 Adlai Stevenson Drive**
**SPRINGFIELD, IL 62703-4261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **7065**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,035.00** |
|---|---|---|---|

**Cowan Systems LLC**
**4555 Hollins Ferry Road**
**Halethorpe, MD 21227-4610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **5846**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,921.74** |
|---|---|---|---|

**Cox Business**
**6205-B Peachtree Dunwoody Road NE**
**ATLANTA, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **7790**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,285.97** |
|---|---|---|---|

**Coyote Logistics LLC**
**2545 W Diversey Ave**
**Suite 300**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number **7088**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,262.00** |

**CP Metal Crafters, Inc.**
**206 Runyans Rd**
**Grover, NC 28073-9695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5766**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207,739.92** |

**Crowe Logistics LLC**
**541 N. Fairbanks Ct., Suite 2200**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7593**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216.62** |

**Culligan of Tucson**
**1230 South Campbell Ave**
**Tucson, AZ 85713-1917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5652**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,641.21** |

**D. B. Roberts, Inc.**
**6520 Meridien Dr. - Suite 100**
**Raleigh, NC 27616-6677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7040**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,043.59** |

**Dachser USA Air & Sea Logistics, In**
**2839 Paces Ferry Road, Suite 300**
**Atlanta, GA 30339-5755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **7455**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,909.97** |

**Derse Las Vegas**
**3800 West Canal Street**
**Milwaukee, WI 53208-4150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **5741**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,713.60** |

**Desert Pro Commercial Cleaning, LLC**
**7235 N Paseo Del Norte**
**TUCSON, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6496**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|

Name

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Design World, LLC**
**2019 Center Street, Suite 300**
**Cleveland, OH 44113-2358**

Date(s) debt was incurred _

Last 4 digits of account number **5359**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Diamond Wheel Inc.**
**7975 Stone Creek Drive, STE 10**
**Chanhassen, MN 55317-4615**

Date(s) debt was incurred _

Last 4 digits of account number **6549**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$105.35**

---

**3.80**

**Nonpriority creditor's name and mailing address**

**Dixie Love Bug**
**2852 Blacksburg Rd**
**Grover, NC 28073**

Date(s) debt was incurred _

Last 4 digits of account number **6769**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$480.00**

---

**3.81**

**Nonpriority creditor's name and mailing address**

**Dreistern Inc.**
**801 Tech Drive**
**Telford, PA 18969-1183**

Date(s) debt was incurred _

Last 4 digits of account number **5935**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,744.50**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**DrugForce Screening**
**941 Wyke Rd., Suite B**
**Shelby, NC 28150**

Date(s) debt was incurred _

Last 4 digits of account number **6050**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$384.00**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**DSV Air & Sea Inc.**
**898 Sepulveda Blvd. 6th Floor**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number **5538**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$23,481.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Dun & Bradstreet**
**75 Remittance Drive, Suite 1793**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,999.00**

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|

Name

---

**3.85**
Nonpriority creditor's name and mailing address
**Durban Transport Services**
**1135 W San Nicolas Circle**
**Tucson, AZ 85704-2933**

Date(s) debt was incurred __

Last 4 digits of account number **4573**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$8,570.05**

---

**3.86**
Nonpriority creditor's name and mailing address
**EAN Services, LLC**
**2340 Lafayette Avenue**
**St. Louis, MO 63104**

Date(s) debt was incurred __

Last 4 digits of account number **6765**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$7,488.74**

---

**3.87**
Nonpriority creditor's name and mailing address
**Earth Exploration, Inc.**
**2204 Yankee St.**
**Niles, MI 49120**

Date(s) debt was incurred __

Last 4 digits of account number **7797**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$4,925.00**

---

**3.88**
Nonpriority creditor's name and mailing address
**Ed's Pallet World Inc.**
**559 Race Path Church Road**
**Ellenboro, NC 28040-8363**

Date(s) debt was incurred __

Last 4 digits of account number **5358**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.89**
Nonpriority creditor's name and mailing address
**Elliott Davis LLC**
**500 East Morehead Street, Suite 700**
**Charlotte, NC 28202-0096**

Date(s) debt was incurred __

Last 4 digits of account number **5464**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

**3.90**
Nonpriority creditor's name and mailing address
**Elumatec North America, Inc.**
**4320 Ralph Jones Court**
**South Bend, IN 46628-9402**

Date(s) debt was incurred __

Last 4 digits of account number **4533**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,879.33**

---

**3.91**
Nonpriority creditor's name and mailing address
**Employment Staffing Group, Inc.**
**414 N Lafayette St,**
**Shelby, NC 28150**

Date(s) debt was incurred __

Last 4 digits of account number **7441**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$52,829.56**

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,391.84**

**Energia Solar y Proyectos**
**JOSE MARIA MENDOZA No. 319**
**Hermosillo   83180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Prepayments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.00**

**ENT Carolina**
**2520 Aberdeen Blvd.**
**Gastonia, NC 28054-0635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7300**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$264.66**

**Equipment Ltd**
**324 19th Street SE**
**Hickory, NC 28602-4229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **4926**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,682.00**

**Ernst & Young US LLP**
**2 west washington st**
**Greeneville, Sc 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7716**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,910.82**

**Euler Hermes Collections**
**800 Red Brook Blvd., Suite 400C**
**OWINGS MILLS, MD 21117-5173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **6888**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,345.50**

**Euler Hermes North America Ins. Co.**
**800 Red Brook Boulevard**
**Owings Mills, MD 21117-5173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **6635**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.00**

**Examinetics, Inc**
**10561 Barkley Place**
**Suite 400**
**Overland Park, KS 66212-1836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **5732**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$269.00** |
|---|---|---|---|

**Exclaimer, Ltd**
**445 Park Avenue, 9th Floor**
**New York, NY 10022-8606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **4953**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,792.96** |
|---|---|---|---|

**Exlabesa**
**250 Southwell Blvd**
**Tifton, GA 31794-8830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **7209**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,664.12** |
|---|---|---|---|

**Expectus Inc.**
**235 Montgomery Street, Suite 1140**
**San Francisco, CA 94104-3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **5731**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108.15** |
|---|---|---|---|

**Express It**
**710 E. Silverlake Road**
**Tucson, AZ 85713-1739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **4571**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.10** |
|---|---|---|---|

**Express Services, Inc.**

**ATLANTA, GA 30353-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **5486**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.98** |
|---|---|---|---|

**FEDEX Custom Critical**
**3965 Airways, Module G**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **5690**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$381.62** |
|---|---|---|---|

**FedEx Freight**
**942 South Shady Grove Road**
**Memphis, TN 38120-4117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Accounts payable outstanding**

Last 4 digits of account number  **4620**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Schletter Inc.**
Name

Case number (if known)   **18-40169**

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**FESTO Corporation**<br>**395 Moreland Rd**<br>**Hauppauge, NY 11788-3909** | **$6,654.48** |

Date(s) debt was incurred _

Last 4 digits of account number **5574**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Fisher & Phillips LLP**<br>**1075 Peachtree Street, NE, Suite 35**<br>**ATLANTA, GA 30309-3900** | **$6,599.90** |

Date(s) debt was incurred _

Last 4 digits of account number **6820**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Fisher Barton South Carolina Inc**<br>**100 Industrial Boulevard**<br>**Fountain Inn, SC 29644-2210** | **$108,900.40** |

Date(s) debt was incurred _

Last 4 digits of account number **7366**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Fitzmark Inc.**<br>**950 Dorman Street**<br>**Indianapolis, IN 46202-3544** | **$44,400.00** |

Date(s) debt was incurred _

Last 4 digits of account number **7401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**Forms and Supply Inc**<br>**6410 Orr Rd**<br>**CHARLOTTE, NC 28213** | **$82.38** |

Date(s) debt was incurred _

Last 4 digits of account number **5045**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**FreightQuote.com**<br>**901 W. Carondelet Dr.**<br>**Kansas City, MO 64114** | **$24,250.00** |

Date(s) debt was incurred **3/21/2018**

Last 4 digits of account number **6205**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**G&W Equipment, Inc**<br>**600 Lawton Road**<br>**Charlotte, NC 28216-3437** | **$19.52** |

Date(s) debt was incurred _

Last 4 digits of account number **4826**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | **18-40169** |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235,655.34** |
|---|---|---|---|

**Gayk Baumaschinen**
**Dieselstra e 3**
**Gro ostheim 096372**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **4574**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$998.00** |
|---|---|---|---|

**Global Electronic Services, Inc.**
**5325 Palmero Court**
**Buford, GA 30518-3504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,075.66** |
|---|---|---|---|

**Grainger Industrial Supply**
**3415 South Dodge Blvd.**
**Tucson, AZ 85713-5434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **4529**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,002.13** |
|---|---|---|---|

**Greentree Transportation Company**
**100 Industry Drive**
**Pittsburgh, PA 15275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **7655**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,664.47** |
|---|---|---|---|

**Griffin Brothers**
**1880 Southpark Dr.**
**Hoover, AL 35244-2094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **6503**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,292.50** |
|---|---|---|---|

**Gripple Inc.**
**1611 Emily Lane**
**Aurora, IL 60502-7801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **7539**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,196.72** |
|---|---|---|---|

**Hampton Inn & Suites**
**2001-B East Dixon Boulevard**
**Shelby, NC 28152-6909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Accounts payable outstanding**

Last 4 digits of account number  **6969**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,982.42**

**HAZ-MAT Environmental Services**
**400 Harris Rd**
**Wurtland, KY 41144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5233**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,047.24**

**HERC Rentals**
**1859 E Dixon Blvd**
**Shelby, NC 28152-6901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4986**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,158.00**

**Hickory Springs Manufacturing Co.**
**235 2nd St NW**
**HICKORY, NC 28603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7530**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$249.29**

**IFM Efector, Inc.**
**1100 Atwater Drive**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5133**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$427.95**

**IIX-Insurance Information Exchange**
**1716 Briarcrest Drive, Suite 200**
**Bryan, TX 77802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4987**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,308.58**

**Industrial Battery & Charger, Inc.**
**5831 Orr Road**
**Charlotte, NC 28213-6319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7133**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,356.10**

**Industrial Electroplating Co., Inc.**
**1401 Gaston Avenue**
**Gastonia, NC 28052-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6060**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,616.94** |
|---|---|---|---|

**Industrial Packaging Supplies, Inc.**
**10 Jack Casey Court**
**Fountain Inn, SC 29644-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6918**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,050.00** |
|---|---|---|---|

**Interstate Capital Corporation**
**PO Box 1229**
**Santa Teresa, NM 88008**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2018**

Last 4 digits of account number _

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,715.00** |
|---|---|---|---|

**Intertek Testing Services**
**3933 US Route 11**
**Cortland, NY 13045-9717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4636**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$666.36** |
|---|---|---|---|

**Jack Furrier Tire & Auto Care**
**3002 N. First Avenue**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6041**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,083.31** |
|---|---|---|---|

**James A. Scott & Son, Inc.**
**1301 Old Graves Mill Road**
**Lynchburg, VA 24502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7768**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jermaine Willis**
**503 Mt. Sinai Ch. Rd.**
**Shelby, NC 28152**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/3/2017**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,801.76** |
|---|---|---|---|

**John Lawrence Consultant**
**9137 Jellico Avenue**
**Northridge, CA 91325-2313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7216**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,282.98** |
|---|---|---|---|

**Johnson-Melloh Solutions Inc.**
**5925 Stockberger Place**
**Indianapolis   46241-5420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Prepayments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,315.31** |
|---|---|---|---|

**JOKA Werkzeug-und Maschinenbau**
**Guetersloher Str. 64**
**Hoevelhof, 05 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **5476**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,256.00** |
|---|---|---|---|

**Joseph T. Ryerson & Son Inc.**
**227 W. Monroe St.**
**27th Floor**
**Chicago, IL 60606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2018**

**Basis for the claim:** _

Last 4 digits of account number  **5570**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,773.40** |
|---|---|---|---|

**Kelly, Ryan**
**202 Gilliat St**
**Shelby, NC 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Employee Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,074.66** |
|---|---|---|---|

**Kenneth G. Lilly Fasteners, Inc.**
**855 Dawson Drive**
**Newark, DE 19713-3415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **5344**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,775.00** |
|---|---|---|---|

**Kerns Trucking, Inc.**
**210 Holiday Inn Dr**
**KINGS MOUNTAIN, NC 28086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **5600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253,187.10** |
|---|---|---|---|

**Kloeckner Metals**
**624 Black Satchel Drive**
**Charlotte, NC 28216-3458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **5607**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$991.37**

**Kuehne+Nagel Services LTD.**
**4724 Entrance Drive**
**Charlotte, NC 28273-4274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5406**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,919.32**

**Labor Finders of Florida, LLC**
**216 Hisbiscus St**
**Jupiter, FL 33468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7702**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,450.00**

**Landstar Inway, Inc.**
**12793 Collections Ctr Dr**
**Chicago, IL 60693-0127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4670**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,705.60**

**Leuco Tool Corporation**
**500 Industrial Court West**
**Villa Rica, GA 30180-1066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6782**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,001.75**

**Life Insurance Company of America**
**1601 Chestnut Sst**
**Philadelphia, PA 19101-3701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7760**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,828.17**

**LiftOne**
**440 E. Westinghouse Blvd.**
**Charlotte, NC 28273-5769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5444**

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,912.83**

**Lightwave Solar Electric, L.L.C.,**
**3026 Owen Drive, Suite 104**
**Antioch  37013-2417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Livingston and Haven**
**11529 Wilmar Blvd.**
**Charlotte, NC 28273-6448**

Date(s) debt was incurred __

Last 4 digits of account number **5605**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,543.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Loren's Pooper-Scooper Service**
**P.O. Box 77842**
**TUCSON, AZ 85703**

Date(s) debt was incurred __

Last 4 digits of account number **6909**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Lutz, Craig**
**207 Marys Grove Church Rd**
**Kings Mountain, NC 28086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Wages**

Is the claim subject to offset? ■ No ☐ Yes

**$945.34**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**MACO Incorporated**
**521 Plato Lee Rd.**
**Shelby, NC 28150-9418**

Date(s) debt was incurred __

Last 4 digits of account number **5575**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,373.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Major Metals Company**
**844 Kochheiser Rd.**
**Mansfield, OH 44904-8637**

Date(s) debt was incurred __

Last 4 digits of account number **6801**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$53,795.57**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**Mancan Inc.**
**111 Tiffany Park # B**
**Gaffney, SC 29341**

Date(s) debt was incurred __

Last 4 digits of account number **7659**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$20,348.82**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Marine Fasteners Inc.**
**120 Maritime Drive**
**Sanford, FL 32771-6318**

Date(s) debt was incurred __

Last 4 digits of account number **4715**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$83,284.57**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,750.00**

**Market Scale**
**901 Main Street, Suite 5300**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **7745**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Maryland Metals Processing, Inc.**
**4425 North Point Blvd.**
**Sparrows Point, MD 21219**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/2/2018**

Last 4 digits of account number  **6691**

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$849.23**

**Maui Pacific Solar, Inc**
**PO Box 351**
**Puunene   96784-0351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,400.00**

**Melton Truck Lines, Inc.**
**808 N 161st East Ave**
**OKLAHOMA CITY, OK 73126-8946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **6089**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,056.80**

**Mercer Transportation Co.**
**1128 West Main Street**
**Louisville, KY 40203-1432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **4551**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,736.05**

**Merit SI, LLC**
**9 Fox Fire Lane**
**Clinton   08809-2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,170,609.55**

**MI Metals**
**7555 E. State Route 69**
**Prescott Valley, AZ 86314-9468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **4559**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Schletter Inc.**
_____
Name

Case number (if known) **18-40169**
_____

| | |
|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** |

**Morgan's Shoes, Inc.**
**2755 E. Franklin Blvd.**
**Gastonia, NC 28056-8201**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5591**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$2,169.62

---

| | |
|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** |

**Motion Industries, Inc.**
**11517-1 Cordage Street**
**Charlotte, NC 28273-6435**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6049**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$528.20

---

| | |
|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** |

**MSC Industrial Supply Co.**
**75 Maxess Road**
**Melville, NY 11747-3151**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4528**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$2,309.07

---

| | |
|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** |

**Mudge Fasteners**
**3050 Palisades Drive**
**Corona, CA 92880-9430**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4581**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$8,191.60

---

| | |
|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** |

**NAPA**
**828 S. Washington Street**
**Shelby, NC 28150-5969**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7590**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$346.14

---

| | |
|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** |

**Nelson Mulllins Riley & Scarborough**
**1320 Main Street 17th Floor**
**Columbia, SC 29201-3268**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7538**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$6,673.50

---

| | |
|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** |

**Newcomb Spring Corp**
**2633 Plastics Drive**
**Gastonia, NC 28054**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7616**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

$7,153.18

---

| Debtor | **Schletter Inc.** | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$596,523.55** |
|---|---|---|---|

**NINGBO ZYCO CO., LTD**
**500 Taikang Middle Road - Suite 903**
**Ningbo, 130 00031-5199**
**China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,195.00** |
|---|---|---|---|

**Nolan Transportation Group, Inc.**
**85 Mill Street, Building A, Suite 2**
**Roswell, GA 30075-4952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,257.70** |
|---|---|---|---|

**North American Clean Energy**
**255 Newport Drive, Suite 336**
**Port Moody, BC V3H 5H1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **4517**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NTBC Trust Partners LLC**
**2410 West Ruthrauff Rd**
**Suite 110**
**Tucson, AZ 85705**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Real Property Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,255.59** |
|---|---|---|---|

**Office Depot, Inc.**
**6600 North Military Trail**
**Boca Raton, FL 33496-2434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **4713**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$175,275.00** |
|---|---|---|---|

**OMCO Solar LLC**
**4550 W. Watkins St.**
**Phoenix, AZ 85043-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7562**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159.80** |
|---|---|---|---|

**On Hold Marketing Services, Inc.**
**6840 West 70th Street**
**Shreveport, LA 71129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Accounts payable outstanding**

Last 4 digits of account number  **7752**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Optimum Filtration Co**
**119 Austin Point Dr**
**Washington, NC 27889-5602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5830**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$462,895.99** |
|---|---|---|---|

**Orrick Herrington & Sutcliffe LLP**
**405 Howard Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7717**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**OTR Capital, LLC**
**2417 Eastbrook Road**
**New Castle, PA 16105-6513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7456**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,316.49** |
|---|---|---|---|

**Overhead Door Co. of Charlotte**
**4045 Perimeter West Drive, Ste. 600**
**CHARLOTTE, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7317**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$456,076.00** |
|---|---|---|---|

**Overland Contracting**
**600 N Greenfield Pkwy**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,100.00** |
|---|---|---|---|

**P & S Transportation**
**1810 Avenue C**
**BIRMINGHAM, AL 35218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6264**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,150.53** |
|---|---|---|---|

**Packaging Corporation of America**
**321 Industrial Park Rd.**
**Rutherfordton, NC 28139**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/22/2018**

Last 4 digits of account number **5437**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Partner Assessment Corporation**
**611 Industrial Way West**
**Eatontown   07724-2284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$2,878.88**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Patriot- St. Denis Towing**
**58 N Donnerville Road**
**Mountville, PA 17554-1507**

Date(s) debt was incurred _

Last 4 digits of account number  **4638**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$30,407.25**

---

**3.185**

**Nonpriority creditor's name and mailing address**

**PC Connection Sales Corporation**
**730 Milford Road**
**Merrimack, NH 03054-4612**

Date(s) debt was incurred _

Last 4 digits of account number  **4995**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$11,023.01**

---

**3.186**

**Nonpriority creditor's name and mailing address**

**Peacock Law P.C.**
**201 Third Street, Suite 1340**
**Albuquerque, NM 87102-3368**

Date(s) debt was incurred _

Last 4 digits of account number  **7773**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**

**PetroChoice**
**1009 Schieffelin Road**
**Apex, NC 27502-1777**

Date(s) debt was incurred _

Last 4 digits of account number  **7162**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$992.19**

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Pirtek Gastonia**
**1101 West Franklin Blvd.**
**Gastonia, NC 28052-3736**

Date(s) debt was incurred _

Last 4 digits of account number  **7329**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,782.41**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**PLS Logistics Services, Inc.**
**5119 Reliable Parkway**
**Chicago, IL 60686-0051**

Date(s) debt was incurred _

Last 4 digits of account number  **7068**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$213,500.00**

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,350.00 |
|---|---|---|---|

**Polaris Logistics Group**
**C/O MALONEY, MCHUGH & KOLODGY, LTD.**
**20 N. St. Clair Street**
**Toledo, OH 43604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.12 |
|---|---|---|---|

**Popular Machinery & Tools Inc**
**11916 Warfield Street**
**San Antonio, TX 78216-3215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **4747**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,267.45 |
|---|---|---|---|

**Porter's Electric Motor Service**
**1310 N. Limestone Street**
**Gaffney, SC 29340-0429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **7685**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,625.00 |
|---|---|---|---|

**Power Engineers, Incorporated**
**3940 Glenbrook Drive**
**Hailey  83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Prepayments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,561.19 |
|---|---|---|---|

**Practical Law**
**747 3rd Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **6287**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,460.57 |
|---|---|---|---|

**Praxair Dist, Inc**
**4030 W Lincoln St.**
**Phoenix, AZ 85009-5308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **4726**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Pressta Eisele GmbH**
**Bergstrabe 9**
**Bullay, 07 56859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounts payable outstanding**

Last 4 digits of account number **4578**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,955.42** |
|---|---|---|---|

**PricewaterhouseCoopers LLP**
**214 North Tryon Street Suite 4200**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number  **7333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233,037.82** |
|---|---|---|---|

**Productive Tool Corp.**
**203 E. Lay Street**
**Dallas, NC 28034-1773**

Date(s) debt was incurred _

Last 4 digits of account number  **6946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,819.36** |
|---|---|---|---|

**PSI Extrusions**
**1860 Hurd Drive**
**Irving, TX 75038-4310**

Date(s) debt was incurred _

Last 4 digits of account number  **4651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232,378.37** |
|---|---|---|---|

**Puliz Moving & Storage**
**1095 Standard Street**
**Reno, NV 89506-8663**

Date(s) debt was incurred _

Last 4 digits of account number  **7431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,864.83** |
|---|---|---|---|

**PZSE Inc.**
**1498 Stone Point Dr., Suite 190**
**Roseville, CA 95661**

Date(s) debt was incurred _

Last 4 digits of account number  **7124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,700.00** |
|---|---|---|---|

**Quarterback Transportation**
**1210 Sheppard Avenue East**
**Toronto, ON M2K 1E3**

Date(s) debt was incurred _

Last 4 digits of account number  **7110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147,305.12** |
|---|---|---|---|

**R & R Powder Coating, Inc.**
**190 Gibson Court**
**Dallas, NC 28034-8764**

Date(s) debt was incurred _

Last 4 digits of account number  **7223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,425.00** |
|---|---|---|---|

**R&R Express, Inc**
**3 Crafton Square**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number **4904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**R.L.R. Servicios Aduanales, LLC**
**1481 N. Industrial Park, STE #3**
**Nogales, AZ 85621-4547**

Date(s) debt was incurred _

Last 4 digits of account number **6578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,912.85** |
|---|---|---|---|

**RE Transportation**
**855 Ridge Lake Blvd**
**Memphis, TN 38120-9432**

Date(s) debt was incurred _

Last 4 digits of account number **7580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,181.63** |
|---|---|---|---|

**Reblee, Inc. dba Allegiance Staffing**
**5200 77 Center Drive, Suite 150**
**Charlotte, NC 28217-0703**

Date(s) debt was incurred _

Last 4 digits of account number **6637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,008.43** |
|---|---|---|---|

**Reliance Management**
**2410 W. Ruthrauff, Suite 110**
**Tucson, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number **7743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$903.47** |
|---|---|---|---|

**Remco Supply, Inc.**
**15-G Glen Bridge Road**
**Arden, NC 28704**

Date(s) debt was incurred _

Last 4 digits of account number **6642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.25** |
|---|---|---|---|

**Republic Services #845**
**1160 Airport Road**
**Shelby, NC #####-####**

Date(s) debt was incurred _

Last 4 digits of account number **6099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number *(if known)* | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address**
**Republic Services, Inc.**
**1160 Airport Road**
**Shelby, NC 28150-3639**

Date(s) debt was incurred _

Last 4 digits of account number **5330**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$9,095.44**

---

**3.212** | **Nonpriority creditor's name and mailing address**
**ReTransportation, Inc.**
**855 Ridge Lake Blvd., Suite 500**
**Memphis, TN 38120-9432**

Date(s) debt was incurred _

Last 4 digits of account number **7580**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$32,167.85**

---

**3.213** | **Nonpriority creditor's name and mailing address**
**Richardson Electronics, Ltd.**
**5169 Eagle Way**
**Chicago, IL 60678-1051**

Date(s) debt was incurred _

Last 4 digits of account number **6203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,159.92**

---

**3.214** | **Nonpriority creditor's name and mailing address**
**Roberts Oxygen Co., Inc.**
**1206 Edgewood Road**
**Bessemer City, NC 28016-8574**

Date(s) debt was incurred _

Last 4 digits of account number **5928**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,766.40**

---

**3.215** | **Nonpriority creditor's name and mailing address**
**Roll_Kraft Inc.**
**8901 Tyler Boulevard**
**Mentor, OH 44060-2184**

Date(s) debt was incurred _

Last 4 digits of account number **7360**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$10,998.03**

---

**3.216** | **Nonpriority creditor's name and mailing address**
**Safety-Kleen Systems**
**4161 E Tennessee St**
**Tucson, AZ 85714-2154**

Date(s) debt was incurred _

Last 4 digits of account number **5593**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$603.07**

---

**3.217** | **Nonpriority creditor's name and mailing address**
**Salesforce.com, Inc.**
**One Market Street, Suite 300**
**San Francisco, CA 94105-1315**

Date(s) debt was incurred _

Last 4 digits of account number **6890**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$53,625.00**

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,475.00 |
|---|---|---|---|

**Sch fer und Peters GmbH**
**Zeilbaumweg 32**
**Oehringen, 08 74613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **4542**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,129.04 |
|---|---|---|---|

**Schletter Canada Inc**
**3155 Howard Avenue, Unit 202**
**Windsor, ON N8X 4Y8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **0015**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,000.00 |
|---|---|---|---|

**Schletter Canada Inc**
**3155 Howard Avenue, Unit 202**
**Windsor, ON N8X 4Y8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/18**
Last 4 digits of account number  __

Basis for the claim:  **Loan to cover payroll and sales tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,052,481.39 |
|---|---|---|---|

**Schletter GmbH**
**Alustr 1**
**Kirchdorf, 09 83527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **0016**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,100.00 |
|---|---|---|---|

**Schletter Shanghai**
**677 Beihe Gong Rd**
**Jiading, 020 00020-1807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **0091**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,116.65 |
|---|---|---|---|

**Schletter Unternehmen**
**Alustr. 1**
**Kirchdorf/Haag, 09 83527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  **0054**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562,417.75 |
|---|---|---|---|

**Schmit, Russell**
**102 S Dale St**
**Apt. 6**
**Shelby, NC 28150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____
Last 4 digits of account number  __

Basis for the claim:  **Employee Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Senator International**
**10201 NW 112 Avenue, Suite 10**
**Medley, FL 33178-1057**

Date(s) debt was incurred _

Last 4 digits of account number  **6316**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☑ No  ☐ Yes

**$4,074.65**

---

**3.226**

**Nonpriority creditor's name and mailing address**

**ShareFile**
**120 South West Street**
**Raleigh, NC 27603-1834**

Date(s) debt was incurred _

Last 4 digits of account number  **7105**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,378.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Siko Products, Inc**
**2155 Bishop Cr E**
**Dexter, MI 48130-1565**

Date(s) debt was incurred _

Last 4 digits of account number  **6887**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☑ No  ☐ Yes

**$611.20**

---

**3.228**

**Nonpriority creditor's name and mailing address**

**Siskin Steel & Supply Co., Inc.**
**620 John Dodd Road**
**Spartanburg, SC 29303-6314**

Date(s) debt was incurred _

Last 4 digits of account number  **6713**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,330.92**

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Smith, Justin**
**983 Via Margarita**
**Rio Rico, AZ 85648**

Date(s) debt was incurred _

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wages**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,698.51**

---

**3.230**

**Nonpriority creditor's name and mailing address**

**Solar Design and Procurement, LLC**
**20035 Jetton Road, Suite D**
**Cornelius   28031-8276**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ☑ No  ☐ Yes

**$66,026.80**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**Solarcommunities, Inc.**
**442 US Route 2**
**Waterbury   05676-9247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ☑ No  ☐ Yes

**$20,198.10**

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **18-40169** |

---

**3.232** | Nonpriority creditor's name and mailing address

**SolarPrise Global / James A. Marx**
**10 High Mountain Road**
**Ringwood, NJ 07456-2534**

Date(s) debt was incurred _

Last 4 digits of account number **5035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

**3.233** | Nonpriority creditor's name and mailing address

**Solential Energy Solutions, LLC**
**13277 N. Illinois St., Suite 110**
**Carmel   46032-8601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$8,764.52**

---

**3.234** | Nonpriority creditor's name and mailing address

**South Atlantic LLC**
**1907 South 17th Street, Suite 2A**
**Wilmington, NC 28401-6679**

Date(s) debt was incurred _

Last 4 digits of account number **4887**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$4,652.99**

---

**3.235** | Nonpriority creditor's name and mailing address

**SouthernCarlson**
**10840 Harney Street**
**Omaha, NE 68154-2638**

Date(s) debt was incurred _

Last 4 digits of account number **4621**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$5,391.77**

---

**3.236** | Nonpriority creditor's name and mailing address

**Southwest Products Corporation**
**11690 N 132nd Ave**
**Surprise, AZ 85379-3300**

Date(s) debt was incurred _

Last 4 digits of account number **6537**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,892.25**

---

**3.237** | Nonpriority creditor's name and mailing address

**Spotless Janitorial LLC**
**1687 Eastway Drive**
**Shelby, NC 28150-9234**

Date(s) debt was incurred _

Last 4 digits of account number **7559**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$5,225.49**

---

**3.238** | Nonpriority creditor's name and mailing address

**StaffMasters, Inc.**
**1243-2 East Dixon Boulevard**
**Shelby, NC 28152-6893**

Date(s) debt was incurred _

Last 4 digits of account number **6123**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$71,572.93**

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,120.01** |
|---|---|---|---|

**Steiger Maschinenbau Gmbh**
**Gottlieb-Daimler-Strasse 14**
**Plattling, 09 94447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5650**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,610.00** |
|---|---|---|---|

**Stoehr + Sauer**
**Jens-Otto-Krag-Str. 7**
**Wuerselen, 05 52146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4718**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,127.58** |
|---|---|---|---|

**STR Mechanical**
**6017 Brookshire Blvd**
**CHARLOTTE, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6823**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Strata Solar**
**50101 Governors Drive, Suite 280**
**Chapel Hill, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.22** |
|---|---|---|---|

**Strategic Connections Inc.**
**2721 Spring Forest Road**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7728**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$336.26** |
|---|---|---|---|

**Strategic Security Solutions**
**4901 Leigh Drive, Suite B**
**Raleigh, NC 27616-2852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7464**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,805.41** |
|---|---|---|---|

**Stratford Tool and Die Co., Inc.**
**3841 Kimwell Drive**
**Winston Salem, NC 27103-6707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6860**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.246** | Nonpriority creditor's name and mailing address

**Structural Machinery Solutions, Inc**
**6775 Inwood Drive**
**Columbus, IN 47201-8939**

Date(s) debt was incurred _

Last 4 digits of account number _4579_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$336.26**

---

**3.247** | Nonpriority creditor's name and mailing address

**Suburban Propane LP**
**1333 Berryhill Rd**
**Charlotte, NC 28208**

Date(s) debt was incurred _

Last 4 digits of account number _6781_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,795.57**

---

**3.248** | Nonpriority creditor's name and mailing address

**Sun Valley Solar Solutions LLC**
**3235 N Arizona Ave, Suite D7**
**Chandler   85225-7328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$53,848.14**

---

**3.249** | Nonpriority creditor's name and mailing address

**Sunbelt Rentals**
**930 E Fort Lowell Road**
**Tucson, AZ 85719-2112**

Date(s) debt was incurred _

Last 4 digits of account number _4534_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$5,748.91**

---

**3.250** | Nonpriority creditor's name and mailing address

**Sunrise Import & Export LTD**
**6881 Chiswick Ct.**
**New Albany, OH 43054-7604**

Date(s) debt was incurred _

Last 4 digits of account number _6937_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$173,577.60**

---

**3.251** | Nonpriority creditor's name and mailing address

**Sunrise Solar, Inc.**
**6408 Church Hill Rd.**
**Chestertown   21620-2386**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$2,071.49**

---

**3.252** | Nonpriority creditor's name and mailing address

**Sunshine Uniform Service, Inc.**
**1120 Jenkins Road**
**Gastonia, NC 28052-1107**

Date(s) debt was incurred _

Last 4 digits of account number _5346_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$2,762.43**

---

Debtor    **Schletter Inc.**

Case number (if known)    **18-40169**

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,359.39**

**Symetra Life Insurance Company**
**777 108th Avenue NE, Suite 1200**
**Bellevue, WA 98004-5135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7645**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,971.56**

**Synergy Rents, LLC**
**3660 Erindale Drive**
**Valrico, FL 33596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7678**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Tahl Inc**
**4151 E Tennessee Street, Suite 257**
**Tucson, AZ 85714-2153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4689**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,863.60**

**TekFab, Inc.**
**353 29th Avenue SW**
**Albany, OR 97322-3899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7365**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,418.25**

**Teladoc, Inc.**
**1945 Lakepointe Drive**
**LEWISVILLE, TX 75057-6424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6934**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,630.24**

**Teletrac Navman US Ltd.**
**2700 Patriot Blvd. Suite 200**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7802**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Terran Brooks**
**504 Lee Dr.**
**Shelby, NC 28152**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/3/2017**

Last 4 digits of account number  _

Basis for the claim:  **Real Property Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.260**

**Nonpriority creditor's name and mailing address**

**The Rosalinde Arthur Gilbert FDN**
**2730 Wilshire Blvd. #301**
**SANTA MONICA, CA 90403-4749**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6747**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☐ No ☑ Yes

**$250,294.16**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**The Tool & Gage House**
**538 E Hebron St**
**CHARLOTTE, NC 28273**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6160**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,135.10**

---

**3.262**

**Nonpriority creditor's name and mailing address**

**ThyssenKrupp Materials, NA**
**17901 Englewood Drive**
**Cleveland, OH 44130-3454**

**Date(s) debt was incurred** _

**Last 4 digits of account number  5982**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,711.68**

---

**3.263**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**7800 Crescent Executive Dr**
**Charlotte, NC 28272-0872**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6395**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,358.08**

---

**3.264**

**Nonpriority creditor's name and mailing address**

**Total Quality Logistics**
**1018 Delta Ave.**
**Suite 202**
**Cincinnati, OH 45208**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4644**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$65,096.16**

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Toyotalift of Arizona, Inc**
**266 E. Missouri Street**
**Tucson, AZ 85714-2845**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4511**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,526.95**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Travelers**
**385 Washington Street**
**Saint Paul, MN 55102**

**Date(s) debt was incurred** _

**Last 4 digits of account number  7747**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Accounts payable outstanding**

Is the claim subject to offset? ☑ No ☐ Yes

**$126,965.28**

---

| Debtor | **Schletter Inc.** | | Case number (if known) | **18-40169** |
|---|---|---|---|---|
| | Name | | | |

---

**3.267**

**Nonpriority creditor's name and mailing address**
**Tri-Lift NC, Inc.**
**2905 Manufacturers Road**
**Greensboro, NC 27406-4605**

Date(s) debt was incurred _

Last 4 digits of account number  **6677**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,380.88**

---

**3.268**

**Nonpriority creditor's name and mailing address**
**Triad Consulting Engineers Inc.**
**2740 Route 10 West**
**Morris Plains   07950-1258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$95,627.11**

---

**3.269**

**Nonpriority creditor's name and mailing address**
**Tritium Enterprises LLC dba**
**2800 Woodlawn Drive #193**
**Honolulu   96822-1865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No ☐ Yes

**$1,256.54**

---

**3.270**

**Nonpriority creditor's name and mailing address**
**Trumpf Inc.**
**111 Hyde Road**
**Farmington, CT 06032-2834**

Date(s) debt was incurred _

Last 4 digits of account number  **4597**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$17,095.43**

---

**3.271**

**Nonpriority creditor's name and mailing address**
**Tucson Electric Power Co**
**1 S Church Ave, Suite 100**
**Tucson, AZ 85701-1620**

Date(s) debt was incurred _

Last 4 digits of account number  **4523**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$4,083.05**

---

**3.272**

**Nonpriority creditor's name and mailing address**
**Turner Laboratories, Inc**
**2445 North Coyote Drive, Suite 104**
**Tucson, AZ 85745-1236**

Date(s) debt was incurred _

Last 4 digits of account number  **4703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$1,615.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**
**TW Telecom**
**1701 Senate St.**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number  **4540**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$13,852.71**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.274**

**Nonpriority creditor's name and mailing address**
**UFP Salisbury, LLC**
**5631 S. NC Hwy 62**
**Burlington, NC 27215-9025**

Date(s) debt was incurred _
Last 4 digits of account number  **6076**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$78,683.66**

---

**3.275**

**Nonpriority creditor's name and mailing address**
**UL LLC**
**333 Pfingsten Road**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,810.00**

---

**3.276**

**Nonpriority creditor's name and mailing address**
**Uline**
**2200 S Lakeside Drive**
**Waukegan, IL 60085-8361**

Date(s) debt was incurred _
Last 4 digits of account number  **4588**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$4,268.17**

---

**3.277**

**Nonpriority creditor's name and mailing address**
**Unipunch**
**311 5th Street**
**Clear Lake, WI 54005-8576**

Date(s) debt was incurred _
Last 4 digits of account number  **5781**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$700.91**

---

**3.278**

**Nonpriority creditor's name and mailing address**
**United Rentals**
**222 Bergen Tpke**
**Ridgefield Park, NJ 07660-2320**

Date(s) debt was incurred _
Last 4 digits of account number  **4577**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$13,488.22**

---

**3.279**

**Nonpriority creditor's name and mailing address**
**Unitedhealth Group**
**9800 Health Care Lane**
**Hopkins, MN 55343**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$372.00**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**UNIVERSAL LOGISTIC DE AGUA PRIETA**
**Calle 9 Avendida 23 Numero Loc 2389**
**AGUA PRIETA, SON 84200-0000**

Date(s) debt was incurred _
Last 4 digits of account number  **7681**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

**$10,758.18**

---

| Debtor | **Schletter Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | **18-40169** |

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.59 |
|---|---|---|---|

**University Termite & Pest Control**
**3930 East Tennessee**
**Tucson, AZ 85714-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **4775**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Unum Life Insurance Company of Amer**
**1 Fountain Square**
**Chattanooga, TN 37402-1330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **7643**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,908.27 |
|---|---|---|---|

**UPS Domestic**
**Freight P.O. BOX 730900**
**Dallas, TX 75313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **5833**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,321.69 |
|---|---|---|---|

**UPS Freight**
**Freight P.O. BOX 730900**
**Dallas, TX 75313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **5825**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.73 |
|---|---|---|---|

**UPS Supply Chain Solutions**
**5400 W WT Harris Blvd**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **5920**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473.56 |
|---|---|---|---|

**Upstate Anodize LLC**
**298 Willis St.**
**Gaffney, SC 29341-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number  **7612**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,640.16 |
|---|---|---|---|

**US Customs and Border Protection**
**1000 2nd Ave.**
**Suite 2100**
**Seattle, WA 98104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/16/2018**

Last 4 digits of account number  ___

Basis for the claim:  ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Schletter Inc.**
_____
Name

Case number (if known)    **18-40169**
_____

| | |
|---|---|
| 3.288 | |

**Nonpriority creditor's name and mailing address**
**US Customs and Border Protection**
**Import Compliance**
**477 Michigan Ave**
**Detroit, MI 48226**

Date(s) debt was incurred  **11/14/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$316,150.99**

---

| | |
|---|---|
| 3.289 | |

**Nonpriority creditor's name and mailing address**
**Vallen Distribution, Inc.**
**2100 The Oaks Parkway**
**BELMONT, NC 28012**

Date(s) debt was incurred  _

Last 4 digits of account number  **7048**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,480.35**

---

| | |
|---|---|
| 3.290 | |

**Nonpriority creditor's name and mailing address**
**Varney, George**
**75 Berrios Hill Rd**
**Windsor, CT 06095**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,758.48**

---

| | |
|---|---|
| 3.291 | |

**Nonpriority creditor's name and mailing address**
**Vaughn Belting Company, Inc.**
**200 Northeast Drive**
**Spartanburg, SC 29303-6616**

Date(s) debt was incurred  _

Last 4 digits of account number  **5855**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,491.84**

---

| | |
|---|---|
| 3.292 | |

**Nonpriority creditor's name and mailing address**
**Vertex Inc.**
**1041 Old Cassatt Road**
**Berwyn, PA 19312-1152**

Date(s) debt was incurred  _

Last 4 digits of account number  **7212**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

**$69,178.27**

---

| | |
|---|---|
| 3.293 | |

**Nonpriority creditor's name and mailing address**
**VideoJet Technologies Inc.**
**12113 Collection Center Drive**
**Chicago, IL 60693-0121**

Date(s) debt was incurred  _

Last 4 digits of account number  **7302**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

**$650.71**

---

| | |
|---|---|
| 3.294 | |

**Nonpriority creditor's name and mailing address**
**Volz Stopa America Inc.**
**21 Bigwood Lane**
**Burlington, CT 06013-1425**

Date(s) debt was incurred  _

Last 4 digits of account number  **6693**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,500.00**

---

| Debtor | **Schletter Inc.** | Case number *(if known)* | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,778.59**

**W H Bennett, Inc.**
**79 Beach Road, Suite 21**
**Vineyard Haven   02568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepayments**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,389.28**

**Webb Chemical and Paper**
**2500 W. Dixon Blvd**
**Shelby, NC 28152-9007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5038**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.82**

**Weber Screwdriving Systems, Inc.**
**149 Knob Hill Road**
**Mooresville, NC 28117-6847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5753**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,584.51**

**WESCO Brown Wholesale**
**3425 East Van Buren Street**
**Phoenix, AZ 85008-6847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5320**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,017.61**

**Wesco Distribution, Inc.**
**225 W Station Square Drive, Ste 700**
**Pittsburgh, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7662**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256,170.94**

**Western Extrusions**
**1735 Sandy Lake Road**
**Carrollton, TX 75006-3612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4550**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$783.00**

**Westfield Insurance**
**15801 Brixham Hill AVE**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7418**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Schletter Inc.** | Case number *(if known)* | **18-40169** |
|---|---|---|---|
| | Name | | |

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$341.60**

**Westmoreland Printers**
**2020 East Dixon Blvd.**
**Shelby, NC 28152-6958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6521**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,013.66**

**Whisnant, Tony**
**310 Olsen Drive**
**Shelby, NC 28152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Employee Wages**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Williams Kanine Security**
**4701 S Irving Ave**
**TUCSON, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6495**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,539.92**

**Wilson Tool**
**12912 N Farnham Ave**
**Saint Paul, MN 55110-5929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4684**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,992.74**

**Wireless Communications, Inc.**
**4800 Reagan Drive**
**CHARLOTTE, NC 28206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6953**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,270.00**

**Wolf Engineering, LLC**
**2679 East King Street**
**Tucson, AZ 85716-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6627**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,959.98**

**Yarde Metals Inc.**
**45 Newell Street**
**Southington, CT 06489-1424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5441**

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Schletter Inc.** | Case number (if known) | **18-40169** |
|---|---|---|---|
| | Name | | |

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,687.34 |

**Yi Tai Shen**
**No. 74-3, Tiangchung Village**
**Tainan Hsien,, TWN 71843-0000**

Date(s) debt was incurred _

Last 4 digits of account number  **4514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.83 |

**Zonar Systems, Inc**
**18200 Cascade Ave S**
**Seattle, WA 98188-4728**

Date(s) debt was incurred _

Last 4 digits of account number  **4660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.72 |

**Zwick USA**
**2125 Barrett Park Drive Suite 107**
**Kennesaw, GA 30144-3613**

Date(s) debt was incurred _

Last 4 digits of account number  **5488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts payable outstanding**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,210,953.90 |
| 5b. Total claims from Part 2 | 5b. + | $ | 16,639,906.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 17,850,860.83 |

**Fill in this information to identify the case:**

Debtor name  **Schletter Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **18-40169**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Insurance Broker** |
|       State the term remaining | **A J Gallagher RMS (CDK85)** |
|       List the contract number of any government contract | **115 Central Island St.** <br> **Suite 100** <br> **Charleston, SC 29492** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|       State the term remaining | **A.B. Boyd Co. dba Boyd Corporation** |
|       List the contract number of any government contract | **595 Wilcox Avenue** <br> **Gaffney, SC 29341** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|       State the term remaining | **Absolute Solar and Energy Solutions** |
|       List the contract number of any government contract | **711 PINE HILL ROAD** <br> **HUMMELSTOWN, PA 17036** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Payroll Administrator** |
|       State the term remaining | **ADP, Inc.** |
|       List the contract number of any government contract | **One ADP Boulevard** <br> **Roseland, NJ 07068** |

Debtor 1    **Schletter Inc.**
_____    _____    _____    Case number *(if known)*    **18-40169**
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **AFP Industries** |
| | List the contract number of any government contract | | **4180 Piedmont Pkwy Greensboro, NC 27410** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Airgas, Inc.** |
| | List the contract number of any government contract | | **4298 Old Dixie Hwy ATLANTA, GA 30354** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Alles Ambiental S.A. de C.V.** |
| | List the contract number of any government contract | | **AV. CALZADA CENTRAL 45-1, COL. CD. ZAPOPAN 45010 Mexico** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alpha Energy, a Division of 3767 Alpha Way Bellingham, CA 98226** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Aztera, LLC** |
| | List the contract number of any government contract | | **1102 North Anita Avenue Tucson, AZ 85705-7518** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **BAP Power Corporation** |
| | List the contract number of any | | **3176 Lionshead Ave Carlsbad, CA 92010** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Biggers Industrial LLC** |
| | List the contract number of any government contract | | **1220 College Ave** **Shelby, NC 28152-9512** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Blake Electric, Inc.** |
| | List the contract number of any government contract | | **PO Box 171** **Waukon, IA 52172** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Bullrock Deutsche-Eco, LLC** |
| | List the contract number of any government contract | | **145 Pine Haven Shores, Suite 1150** **Shelburne, VT 05482** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **Exp. 1/1/19** | **C.N.A.** **3420 Torindgon Way** |
| | List the contract number of any government contract | | **Suite 230** **Charlotte, NC 28277** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Camro N.V.** |
| | List the contract number of any government contract | | **Mon POS 1-F** **Santa Cruz, CA 11338** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement dated as of January 26, 2016. Equipment lease Number 92808** | |
|---|---|---|---|
| | State the term remaining | **20 months** | |
| | List the contract number of any government contract | | **Capital Equipment Solutions 4131 South State Street Chicago, IL 60609** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Employment contract** | |
|---|---|---|---|
| | State the term remaining | **NA** | |
| | List the contract number of any government contract | | **Carol Black 256 Ward Mtn Rd NW Adairsville, GA 30103** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Chaac Irriga SA de CV 607 Avenida Benito Juarez. Colonia Centro Los Mochis 81200 Mexico** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - General Liability** | |
|---|---|---|---|
| | State the term remaining | | **Chubb 202B Hall's Mill Road Whitehouse Station, NJ 08889** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employee medical & supplemental insurance** | |
|---|---|---|---|
| | State the term remaining | | **Cigna Health & Life Insurance 900 Cottage Grove Rd. Hartford, CT 06512** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Utilities** | |
|---|---|---|---|
| | State the term remaining | | **City of Shelby 824 West Grover St Shelby, NC 28150** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **CivicSolar, Inc** |
| | List the contract number of any government contract | | **426 17th St #600** **Oakland, CA 94612** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Clairon Metals Corporation** |
| | List the contract number of any government contract | | **11194 Alcovy Rd.** **Covington, GA 30014** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for storage located at 404 Polkville Road, Shelby, NC 28150.** | |
|---|---|---|---|
| | State the term remaining | **Term ends December 31, 2018** | **Cleveland County North Carolina** |
| | List the contract number of any government contract | | **311 East Marion Street** **Shelby, NC 28150** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Coilplus - North Carolina, Inc.** |
| | List the contract number of any government contract | | **426 State Rd 1554,** **Greensboro, NC 27409** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Vending Services** | |
|---|---|---|---|
| | State the term remaining | | **Compass Group USA, Inc.** |
| | List the contract number of any government contract | | **2400 Yorkmont Road** **Charlotte, NC 28217** |

Debtor 1   **Schletter Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **18-40169**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Construction With Quality by Williams &** |
| | List the contract number of any government contract | | **1099 S Pantano Rd Ste 19148** **Tuscon, AZ 85731** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Control Source Inc.** |
| | List the contract number of any government contract | | **4479 Posterity Ct,** **Gastonia, nc 28056** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **CP Metal Crafters, Inc.** |
| | List the contract number of any government contract | | **206 Runyans Rd** **Grover, NC 28073-9695** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **CPP, Inc.** |
| | List the contract number of any government contract | | **185 N Wolfe Road** **Sunnyvale, CA 94086** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Registered Agent Services** | |
|---|---|---|---|
| | State the term remaining | | **CSC** |
| | List the contract number of any government contract | | **251 Little Falls Drive** **Wilmington, DE 19808** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **D. B. Roberts, Inc.** |
| | List the contract number of any | | **6520 Meridien Dr. - Suite 100** **Raleigh, NC 27616-6677** |

Debtor 1  **Schletter Inc.**
          _____
          First Name          Middle Name          Last Name

Case number *(if known)*  __18-40169__

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| | | | |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
| | State the term remaining | | **Delta Energia Renovable S.A.P.I. de** |
| | List the contract number of any government contract | | **Bosques de Ciruelos 278-2 Colonia Bosques de las L** **Ciudad de Mexico** **11700** **Mexico** |

| | | | |
|---|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
| | State the term remaining | | **Dreistern Inc.** |
| | List the contract number of any government contract | | **801 Tech Drive** **Telford, PA 18969-1183** |

| | | | |
|---|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Drug Screening Services** | |
| | State the term remaining | | **DrugForce Screening** |
| | List the contract number of any government contract | | **431 S. Main Street** **Suite 4** **Rutherfordton, NC 28139** |

| | | | |
|---|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
| | State the term remaining | | **Elumatec North America, Inc.** |
| | List the contract number of any government contract | | **4320 Ralph Jones Ct** **South Bend, IN 46628** |

| | | | |
|---|---|---|---|
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agency** | |
| | State the term remaining | | **Employment Staffing Group, Inc. dba Tale** |
| | List the contract number of any government contract | | **PO Box 197505** **Nashville, TN 37219** |

| | | | |
|---|---|---|---|
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | **Energia Solar y Proyectos** **JOSE MARIA MENDOZA No. 319** **Hermosillo 83180** **Mexico** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Sales Company** |
| | List the contract number of any government contract | | **1213 East Main Street** |
| | | | **Valley City, ND 58072** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Equity Development and Growth** |
| | List the contract number of any government contract | | **7904 Foxhound Road** |
| | | | **McLean, VA 22102** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for collections agency.** | |
|---|---|---|---|
| | State the term remaining | | **Euler Hermes North America Ins. Co.** |
| | List the contract number of any government contract | | **800 Red Brook Boulevard** |
| | | | **Owings Mills, MD 21117** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Logistics Consulting** | |
|---|---|---|---|
| | State the term remaining | | **Expectus Inc.** |
| | List the contract number of any government contract | | **235 Montgomery Street** |
| | | | **Suite 1140** |
| | | | **San Francisco, CA 94104** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - General Liability** | |
|---|---|---|---|
| | State the term remaining | **Exp. 1/1/19** | **Federal Insurance Company** |
| | List the contract number of any government contract | | **202B Hall's Mill Road** |
| | | | **Whitehouse Station, NJ 08889** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Legal services** | |
|---|---|---|---|
| | State the term remaining | | **Fennemore Craig, PC,** |
| | List the contract number of any government contract | | **Attn: George Krauja** |
| | | | **One South Church Avenue, Suite 100** |
| | | | **Tucson, AZ 85701** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Fisher Barton South Carolina Inc** |
| | List the contract number of any government contract | | **100 Industrial Blvd,** |
| | | | **29644** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Legal services** | |
|---|---|---|---|
| | State the term remaining | | **Fisher Phillips** |
| | List the contract number of any government contract | | **227 W. Trade Street** |
| | | | **Suite 2020** |
| | | | **Charlotte, NC 28202** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Gayk Baumaschinen Total** |
| | List the contract number of any government contract | | **Dieselstra e 3** |
| | | | **Gro ostheim** |
| | | | **Germany** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Air Commercial Real Estate Association Standard Industrial/Commercial Single-Tenant Lease-Net dated September 11, 2015 (as amended)** | |
|---|---|---|---|
| | State the term remaining | **9 years 5 months** | **Gilbert North Carolina LLC** |
| | List the contract number of any government contract | | **2730 Wilshire Blvd. #301** |
| | | | **Santa Monica, CA 90403-4749** |

Debtor 1    **Schletter Inc.**
_____     Case number (*if known*)    **18-40169**
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.49.** State what the contract or lease is for and the nature of the debtor's interest    **Trade agreements( PO's)**

State the term remaining

List the contract number of any government contract

**Grainger Industrial Supply**
**Dept 873938302**
**3415 South Dodge Blvd**
**Tucson, az 85713-5434**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Contracts**

State the term remaining

List the contract number of any government contract

**Green Mountain Electric Supply**
**5452 US Rte 5 Ste G**
**Newport, VT 05855**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Contracts**

State the term remaining

List the contract number of any government contract

**Greenergy Energia No Convencional**
**Prol. Gonz lez Gallo 1897, Edificio 200**
**Greenergy Energia No Convencional 45601**
**Guadalajara**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Contracts**

State the term remaining

List the contract number of any government contract

**Gregory Electric Company Inc.**
**P.O Drawer 1419**
**Columbia, SC 29202**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Contracts**

State the term remaining

List the contract number of any government contract

**GRID Alternatives Mid Atlantic,**
**1629 Benning Road NE, Suite 200**
**WASHINGTON, DC 20002**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Contracts**

State the term remaining

List the contract number of any

**Haleakala Solar, Inc.**
**98-104 Kanuku St #101**
**Aiea, HI 96701**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Contracts**

State the term remaining

List the contract number of any government contract

**Helios Solar, LLC
248 W Michigan Ave
Kalamazoo, MI 49007**

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

**Trade agreements( PO's)**

State the term remaining

List the contract number of any government contract

**Hickory Springs Manufacturing Co.
2200 main ave se
Mountville, PA 17554**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

**Settlement Agreement dated March 9, 2018 Subordinated Promissory Notes Nos. 1 and 2 dated March 9, 2018**

State the term remaining

List the contract number of any government contract

**Hynes Industries, Inc.
3805 Hendricks Road
Youngstown, OH 44515**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

**Trade agreements( PO's)**

State the term remaining

List the contract number of any government contract

**Industrial Battery & Charger, Inc.
677 Beihe Gong Road
201807 Jiading
China**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

**Trade agreements( PO's)**

State the term remaining

List the contract number of any government contract

**Industrial Electroplating Co., Inc.
5631 S. NC Hwy 62
Burlington, NC 27215-9025**

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Industrial Packaging Supplies, Inc. 950 Dorman Street Indianapolis, IN 46202** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Intertek Testing Services Total 3933 US Route 11 Cortland, NY 13045-9717** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **MVR & Employment Screening Services** | |
|---|---|---|---|
| | State the term remaining | | **ISO Claims Services, Inc. 1716 Briarcrest Suite 200 Bryan, TX 77802** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Broker** | |
|---|---|---|---|
| | State the term remaining | | **James A. Scott & Son, Incorporated dba S 521 E. Morehead St. Suite 300 Charlotte, NC 28202** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **JENS Grove Development, LLC 6050 SW 120 Ave. Miami, FL 33183** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Johnson-Melloh Solutions Inc. 5925 Stockberger Place Indianapolis, IN 46241** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
| | State the term remaining | | **Ketiv Technologies Inc.** |
| | List the contract number of any government contract | | **3010 Saturn St suite 100 Brea, CA 92821** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
| | State the term remaining | | **Kloeckner Metals** |
| | List the contract number of any government contract | | **624 Black Satchel Drive Charlotte, NC 28216-3458** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agency** | |
| | State the term remaining | | **LFI Fort Pierce, Inc. dba LF Staffing** |
| | List the contract number of any government contract | | **PO Box 777 Vero Beach, FL 32961** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
| | State the term remaining | | **Lightwave Solar Electric, L.L.C.,** |
| | List the contract number of any government contract | | **3026 Owen Drive, Suite 104 ANTIOCH, TN 37013-2417** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
| | State the term remaining | **Exp. 1/1/19** | **Lloyd's, London c/o Mendes & Mount LLP** |
| | List the contract number of any government contract | | **750 Seventh Avenue New York, NY 10019** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | **Los Ebanistas, Inc. dba Sol Luna So County Road 65, #55 Dixon, NM 87527** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| **2.72.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **M.A. Mortenson Company**<br>**700 Meadow Lane North**<br>**Minneapolis, MN 55422** |

| **2.73.** | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Major Metals Company**<br>**844 Kochheiser Rd.**<br>**Mansfield, OH 44904-8637** |

| **2.74.** | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marine Fasteners Inc.**<br>**120 Maritime Drive**<br>**Sanford, FL 32771-6318** |

| **2.75.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Master Parts and Services S.A.**<br>**Calle 50 Nicanor Obarrio Edif.N0. 49**<br>**Panama** |

| **2.76.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Master Parts and Services S.A.**<br>**Calle 50 Nicanor Obarrio Edif.N0. 49**<br>**Panama** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Maui Pacific Solar, Inc** |
| | List the contract number of any government contract | | **335 Hoohana Street Unit 7g** **Kahului, HI 96732** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **McCarthy Building Companies, Inc.** |
| | List the contract number of any government contract | | **6225 N 24th Street, Suite 200** **Phoenix, AZ 85016** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **MVR & Employment Screening Services** | |
|---|---|---|---|
| | State the term remaining | | **Merchants Information Solutions, Inc.** |
| | List the contract number of any government contract | | **301 E. Virginia Avenue** **Phoenix, AZ 85004** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Merit SI, LLC** |
| | List the contract number of any government contract | | **9 Fox Fire Lane** **Clinton, NJ 08809** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **MI Metals Total** |
| | List the contract number of any government contract | | **7555 E. State Route 69** **PRESCOTT VALLEY, AZ 86314-9468** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Credit and Security Agreement dated as of February 10, 2016, Revolving Loan Note and security documents.** | |
|---|---|---|---|
| | State the term remaining | | **MidCap Financial Trust** **7255 Woodmont Ave** **Suite 200** **Bethesda, MD 20814** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Miscelec Group, Inc.**<br>**1144 Vista de Oro Dr.**<br>**El Paso, TX 79935** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Legal services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nelson Mullins Riley & Scarborough LLP**<br>**PO Box 11070**<br>**Columbia, SC 29211** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Energy Structures, Ltd. dba**<br>**4022 Mulligan Drive**<br>**Golden, AZ 80504** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **NINGBO ZYCO CO., LTD**<br>**500 Taikang Middle Road - Suite 903**<br>**Ningbo**<br>**China** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Northeast Solar Design Associates,**<br>**136 Elm Street**<br>**HATFIELD, MA 01038-9712** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Real property lease for the premises located at North Tucson Business Center, 3865 N Business Center Drive, Suite 109, Tucson, Arizona, 85705** | |
|---|---|---|---|
| | State the term remaining | **1 year 10 months** | **NTBC Trust Partners LLC** |
| | List the contract number of any government contract | | **2410 West Ruthrauff Rd Suite 110 Tucson, AZ 85705** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Office Depot, Inc. Total 6600 North Military Trail Boca Raton, FL 33496-2434** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Overland Contracting, Inc. 11401 Lamar Avenue Overland Park, KS 66211** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Overland Contracting, Inc. 11401 Lamar Avenue Overland Park, KS 66211** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Partner Assessment Corporation 611 Industrial Way West Eatontown, NJ 07724** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Services** | **Paul Zacher Structural Engineers, Inc. 8150 Sierra College Blvd. Suite 150 Roseville, CA 95661** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Schletter Inc.**
First Name          Middle Name          Last Name          Case number (*if known*)   **18-40169**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Performance Contracting, Inc.**
**16400 College Boulevard**
**LENEXA, KS 66219-1389**

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Porter's Electric Motor Service**
**1310 N Limestone street**
**Gaffney, sc 29340**

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Power Engineers, Incorporated**
**3940 Glenbrook Dr**
**Hailey, ID 83333**

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Premier Renewables, LLC**
**1005 Court St. #210**
**San Luis Obispo, CA 93401**

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Puget Sound Solar, LLC**
**5308 Baker Ave NW**
**Seattle, WA 98107**

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **QwikSolar LLC** |
| | List the contract number of any government contract | | **1 Keuka Business Park** **Penn Yan, NY 14527** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agency** | |
|---|---|---|---|
| | State the term remaining | | **Reblee Inc. dba Allegiance Staffing** |
| | List the contract number of any government contract | | **5200 77 Center Dr.** **Suite 150** **Charlotte, NC 28217** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Trash** | |
|---|---|---|---|
| | State the term remaining | | **Republic Services of Arizona Hauling, LL** |
| | List the contract number of any government contract | | **5055 S. Swan Rd.** **Tucson, AZ 85706** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Trash** | |
|---|---|---|---|
| | State the term remaining | | **Republic Services of North Carolina, LLC** |
| | List the contract number of any government contract | | **1160 Airport Rd.** **Shelby, NC 28150** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **ReVision Energy Inc.** |
| | List the contract number of any government contract | | **91 West Main Street** **Liberty, ME 04949** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Richardson Electronics, Ltd.** |
| | List the contract number of any | | **5169 Eagle Way** **Chicago, IL 60678-1051** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Rising Sun Solar Electric LLC** |
| | List the contract number of any government contract | | **810 Kokomo Road, Suite 160** |
| | | | **Haiku, HI 96708** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Employment contract** | |
|---|---|---|---|
| | State the term remaining | **NA** | **Russell Schmit** |
| | | | **102 S Dale St** |
| | List the contract number of any government contract | | **Apt. 6** |
| | | | **Shelby, NC 28150** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Safety Supply South Total** |
| | | | **100 Centrum drive** |
| | | | **Irmo, sc 29063** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **CRM services - Sales** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce.com, Inc.** |
| | | | **The Landmark @ 1 Market St.** |
| | List the contract number of any government contract | | **Suite 300** |
| | | | **San Francisco, CA 94105** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Salesforce.com, Inc.** |
| | | | **One Market Street, Suite 300** |
| | | | **San Francisco, CA 94105-1315** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | **Schletter Canada Inc.** |
|---|---|---|---|
| | | | **3157 Howard Avenue, Unit 202** |
| | | | **Windsor, Ontario** |
| | | | **N8X 4Y10** |
| | | | **Canada** |

Debtor 1  **Schletter Inc.**
  First Name        Middle Name        Last Name

Case number (*if known*)  **18-40169**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Agreement and intellectual property agreement** | |
|---|---|---|---|
| | State the term remaining | | **Schletter GmbH** |
| | List the contract number of any government contract | | **Alustr 1** |
| | | | **Kirchdorf, 83527** |
| | | | **Germany** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solar Design and Procurement, LLC** |
| | List the contract number of any government contract | | **PO Box 1395** |
| | | | **Cornelius, NC 28031** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solar Energy World, LLC** |
| | List the contract number of any government contract | | **5681 Main St.** |
| | | | **Elkridge, MD 21075** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solar Solution, LLC** |
| | List the contract number of any government contract | | **4700 14th Street, NW** |
| | | | **WASHINGTON, DC 20011-4315** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solarcommunities, Inc.** |
| | List the contract number of any government contract | | **442 US-2** |
| | | | **Waterbury, CT 05676** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Schletter Inc.**
_____   Case number *(if known)*   **18-40169**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solartime USA, LLC** |
| | List the contract number of any government contract | | **400 ROSS AVE** **SCHOEFIELD, WI 54476** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solential Energy Solutions, LLC** |
| | List the contract number of any government contract | | **13277 N. Illinois St.** **Carmel, IN 46032** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Solential Energy Solutions, LLC** |
| | List the contract number of any government contract | | **13277 N. Illinois St.** **Carmel, IN 46032** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **South Atlantic LLC** |
| | List the contract number of any government contract | | **1907 South 17th Street, Suite 2A** **Wilmington, NC 28401-6679** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Janitor** | |
|---|---|---|---|
| | State the term remaining | | **Spotless Janitorial Services** |
| | List the contract number of any government contract | | **1687 Eastway Dr.** **Shelby, NC 28150** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Staffing Agency** | |
|---|---|---|---|
| | State the term remaining | | **StaffMasters** |
| | List the contract number of any | | **1243-2 E Dixon Blvd.** **Shelby, NC 28152** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Steiger Maschinenbau Gmbh Gottlieb-Daimler-Strasse 14 94447 Plattling Germany** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **STR Mechanical 6017 Brookshire Blvd CHARLOTTE, NC 28216** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Strata Solar, LLC 50101 Governors Drive, Suite 280 Chapel Hill, NC 27517** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sun Valley Solar Solutions LLC 3235 N Arizona Ave, Suite D7 Chandler, AZ 85225** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sundeavor, Inc. 2568 Route 103, Loading Dock #6 Proctorsville, VT 05153** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | | | **SunEnergy 1, LLC 192 Raceway Drive Mooresville, NC 28117** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Sunrise Solar, Inc.**<br>**6408 Church Hill Rd.**<br>**Chestertown, WV 21620** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Sunrise Solar, Inc.**<br>**6408 Church Hill Rd.**<br>**Chestertown, WV 21620** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Sunstall Inc**<br>**384 Bel Marin Keys Blvd, Suite 230**<br>**Novato, CA 94949** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Swinerton Builders, Inc.**<br>**16798 West Bernardo Drive**<br>**San Diego, CA 92127-1904** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Employee supplemental insurance** |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Symetra Life Insurance Company**<br>**777 108th Avenue NE**<br>**Suite 1200**<br>**Bellevue, WA 98004** |

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.133.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Contracts**

**Taitem Engineering, P.C.**
**110 South Albany Street**
**Ithaca, DC 14850**

---

**2.134.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Contracts**

**Tangent Energy Solutions, Inc.**
**204 Gale Lane, Suite C206**
**Kennett Square, VT 19348**

---

**2.135.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Virtual Healthcare Services**

**Teladoc, Inc.**
**1945 Lakepointe Drive**
**Lewisville, TX 75057**

---

**2.136.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Trade agreements( PO's)**

**The Tool & Gage House**
**538 E Hebron St**
**CHARLOTTE, NC 28273**

---

**2.137.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Insurance - Exec, auto, workman's comp., marine and cargo.**

**Exp. 1/1/19**

**The Travelers Indemnity Company**
**385 Washington Street**
**Saint Paul, MN 55102**

---

**2.138.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Legal Research**

**Thomson Reuters**
**PO Box 64833**
**Eagan, MN 55123**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*  **18-40169**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.139.** State what the contract or lease is for and the nature of the debtor's interest — **Internet**

State the term remaining

List the contract number of any government contract

**Time Warner Cable**
**13840 Ballantyne Corporate Pl.**
**Charlotte, NC 28277**

**2.140.** State what the contract or lease is for and the nature of the debtor's interest — **Trade agreements( PO's)**

State the term remaining

List the contract number of any government contract

**Tri-Lift NC, Inc.**
**2905 Manufacturers Road**
**Greensboro, NC 27406-4605**

**2.141.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contracts**

State the term remaining

List the contract number of any government contract

**Triad Consulting Engineers Inc.**
**2740 Route 10 West**
**Morris Plains, NJ 07950**

**2.142.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Contracts**

State the term remaining

List the contract number of any government contract

**Tritium Enterprises LLC dba**
**2800 Woodlawn Drive #193**
**Honolulu, HI 96822**

**2.143.** State what the contract or lease is for and the nature of the debtor's interest — **Utilities**

State the term remaining

List the contract number of any government contract

**Tucson Electric Power Co**
**1 S Church Ave, Suite 100**
**Tucson**
**Tucson, AZ 85701-1620**

**2.144.** State what the contract or lease is for and the nature of the debtor's interest — **Trade agreements( PO's)**

**UFP Salisbury, LLC**
**5169 Eagle Way**
**Chicago, IL 60678-1051**

| Debtor 1 | **Schletter Inc.** | | | Case number *(if known)* | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **COBRA Benefit Administration** | |
|---|---|---|---|
| | State the term remaining | | **United Healthcare, Inc.** |
| | List the contract number of any government contract | | **9800 Health Care Lane Minnetonka, MN 55343** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Employee vision & dental insurance** | |
|---|---|---|---|
| | State the term remaining | | **UNUM Life Insurance Company of America** |
| | List the contract number of any government contract | | **1 Fountain Square Chattanooga, TN 37402** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Logistics Services** | |
|---|---|---|---|
| | State the term remaining | | **UPS Ground Freight,Inc. dba UPS Freight** |
| | List the contract number of any government contract | | **1000 Semmes Avenue PO Box 1216 Richmond, VA 23218** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Vallen Distribution, Inc.** |
| | List the contract number of any government contract | | **2100 The Oaks Parkway BELMONT, NC 28012** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **VideoJet Technologies Inc.** |
| | List the contract number of any government contract | | **12113 Collection Center Drive Chicago, IL 60693-0121** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Schletter Inc.** | | | Case number (*if known*) | **18-40169** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Volz Stopa America Inc. 21 Bigwood Lane Burlington, CT 06013-1425** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Contracts** | |
|---|---|---|---|
| | State the term remaining | | **W H Bennett, Inc. 79 Beach Rd. Vineyard Haven, MA 02568** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping** | |
|---|---|---|---|
| | State the term remaining | | **Wayne Jones dba Broad River Lawncare & L 105 Silverina Court Shelby, NC 28152** |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Western Extrusions 1735 Sandy Lake Road Carrollton, TX 75006-3612** |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Yi Tai Shen No. 74-3 Tianchung Village Taiwan** |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Property - Policy No. MCP-1125242** | |
|---|---|---|---|
| | State the term remaining | **Exp. 1/1/19** | **Zurich American Insurance Company 1299 Zurich Way Schaumburg, IL 60173** |
| | List the contract number of any | | |

Debtor 1   **Schletter Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **18-40169**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Trade agreements( PO's)** | |
|---|---|---|---|
| | State the term remaining | | **Zwick USA** |
| | List the contract number of any government contract | | **2125 Barrett Park Drive Suite 107**<br>**Kennesaw, GA 30144-3613** |

**Fill in this information to identify the case:**

Debtor name __**Schletter Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __18-40169__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |